UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cv-20301-JAL

---

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

        Plaintiff,

vs.

MATHIAS FRANCISCO SANDOVAL
HERRERA,

MARIA D. CIDRE, and

JOSE ANTONIO MIRANDA GONZALEZ,

        Defendants.

---

## PLAINTIFF SEC AND DEFENDANT MIRANDA'S JOINT MOTION FOR ENTRY OF JUDGMENT AGAINST DEFENDANT MIRANDA

Plaintiff United States Securities and Exchange Commission ("SEC") and Defendant Jose Antonio Miranda Gonzalez ("Miranda") respectfully move the Court to enter the attached revised proposed Judgment against Defendant Miranda. Consistent with the Court's Order dated February 1, 2017 [D.E. 13], this revised proposed Judgment contains the terms of Defendant Miranda's Consent [D.E. 6-1] and the signatures of the relevant parties.

Dated: March 20, 2017

_____
Angel A. Cortinas, Esq.
Gunster, Yoakley & Stewart, P.A.
600 Brickell Avenue
Suite 3500

Respectfully submitted,

_____
Olivia S. Choe, Special Bar No. A5501503
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549

<div style="display: flex;">

Miami, FL  33131  
(305) 376-6043  
acortinas@gunster.com  
*Attorney for Defendant José*  
*Antonio Miranda Gonzalez*

Telephone:  (202) 551-4881 (Choe)  
Facsimile:  (202) 772-9282  
choeo@sec.gov  
*Attorney for Plaintiff U.S. Securities and*  
*Exchange Commission*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2017, I caused a copy of the foregoing Joint Motion for Entry of Judgment Against Defendant Miranda to be furnished by CM/ECF to all counsel of record and to additionally be served by electronic mail upon the following parties:

Angel A. Cortinas
GUNSTER
Brickell World Plaza
600 Brickell Ave., Suite 3500
Miami, FL 33131

*Counsel for Defendant Miranda*

<div style="text-align:right">

s/ Olivia S. Choe
Olivia S. Choe

</div>