**Morgan, Lewis & Bockius LLP**
**Privilege Log in Response to Request 1 of Subpoena Dated August 9, 2017 in 1:17-cv-20301-JAL**

| Entry | Date | Author | Description | Withheld/Redacted | Claim Asserted |
|---|---|---|---|---|---|
| 1 | 11/7/2012 11/15/2012 | Christian Mixter, Esq. | Memorandum and notes containing counsel's mental impressions, conclusions, and opinions re: self-report calls with the SEC staff. | Withheld | Attorney-client privilege Attorney work product |
| 2 | 11/19/2012 | Christian Mixter, Esq. Matthew Siembieda, Esq. Alan Singer, Esq. | Notes and draft memorandum containing counsel's mental impressions, conclusions, and opinions re: self-report call with the SEC staff. | Withheld | Attorney-client privilege Attorney work product |
| 3 | 11/30/2012 | Christian Mixter, Esq. | Notes and draft memoranda containing counsel's mental impressions, conclusions, and opinions re: self-report call with the SEC staff. | Withheld | Attorney-client privilege Attorney work product |
| 4 | 12/6/2012 | Christian Mixter, Esq. Alan Singer, Esq. | Notes and draft memoranda containing counsel's mental impressions, conclusions, and opinions re: self-report call with the SEC staff. | Withheld | Attorney-client privilege Attorney work product |
| 5 | 1/15/2013 | Matthew Siembieda, Esq. | Documents containing counsel's mental impressions, conclusions, and opinions re: meeting with the SEC staff re: GCC inventory issues. | Withheld | Attorney-client privilege Attorney work product |
| 6 | 10/11/2013 | Christian Mixter, Esq. | Document containing counsel's mental impressions, conclusions, and opinions re: call with the SEC staff, including self-report on bill and hold. | Withheld | Attorney-client privilege Attorney work product |
| 7 | 10/29/2013 | Thoth Weeda, Esq. | Handwritten notes containing counsel's mental impressions, conclusions, and opinions re: meeting with the SEC staff on October 29, 2013 in which previous interviews of Evelyn Silva, Maria Cidre, Jose Antonio Miranda, Cesar Ungaretti, Angela Pugliese, Maria Longhi, Roseani Balarini, Danielle Costa, Murylo Alves, Luis Roz, Marcelo Osvaldo, and Alex Silva were discussed. | Withheld | Attorney-client privilege Attorney work product |
| 7.1 | 4/8/2013 | Thoth Weeda, Esq. | Memorandum containing counsel's mental impressions, conclusions, and opinions re: interview of Cesar Ungaretti. | Withheld | Attorney-client privilege Attorney work product |
| 7.2 | 4/8/2013 4/11/2013 | Thoth Weeda, Esq. | Memorandum containing counsel's mental impressions, conclusions, and opinions re: interviews of Angela Pugliese. | Withheld | Attorney-client privilege Attorney work product |
| 7.3 | 4/9/2013 | Thoth Weeda, Esq. | Memorandum containing counsel's mental impressions, conclusions, and opinions re: interview of Teresa Faria. | Withheld | Attorney-client privilege Attorney work product |
| 7.4 | 4/10/2013 | Thoth Weeda, Esq. | Memorandum containing counsel's mental impressions, conclusions, and opinions re: interview of Maria Longhi. | Withheld | Attorney-client privilege Attorney work product |
| 7.5 | 4/11/2013 | Thoth Weeda, Esq. | Memorandum containing counsel's mental impressions, conclusions, and opinions re: interview of Marcelo Osvaldo. | Withheld | Attorney-client privilege Attorney work product |
| 7.6 | various | various | *See privilege log in response to Request 2 for additional notes and memoranda re: other interviews of witnesses listed in entry #7 discussed with the SEC staff on October 29, 2013.* | Withheld | Attorney-client privilege Attorney work product |
| 8 | 2/14/2014 | Timothy Katsiff, Esq. | Draft document containing counsel's mental impressions, conclusions, and opinions re: meeting with the SEC staff on February 14, 2014 re: accounting adjustments. | Withheld | Attorney-client privilege Attorney work product |
| 9 | 7/15/2014 | Thoth Weeda, Esq. | Memorandum containing counsel's mental impressions, conclusions, and opinions re: self-report calls with the SEC staff. | Withheld | Attorney-client privilege Attorney work product |
| 10 | 7/30/2014 | Christian Mixter, Esq. | Draft documents containing counsel's mental impressions, conclusions, and opinions re: meeting with the SEC staff. | Withheld | Attorney-client privilege Attorney work product |
| 11 | 5/6/2016 | Christian Mixter, Esq. | Draft memorandum containing counsel's mental impressions, conclusions, and opinions re: ICFR meeting with SEC staff. | Withheld | Attorney-client privilege Attorney work product |

Morgan, Lewis & Bockius LLP
Privilege Log in Response to Request 2 of Subpoena Dated August 9, 2017 in 1:17-cv-20301-JAL

| Entry | Date | Author | Recipients | Description | Withheld/Redacted | Claim Asserted |
|---|---|---|---|---|---|---|
| 1 | 10/15/2012 | Maria Arbona, Esq. Alan Singer, Esq. Matthew Siembieda, Esq. | | Memoranda and notes containing counsel's mental impressions, conclusions, and opinions re: interview of Maria Cidre. | Withheld | Attorney-client privilege Attorney work product Accountant-client privilege |
| 2 | 10/15/2012 | Maria Arbona, Esq. Alan Singer, Esq. Matthew Siembieda, Esq. | | Memoranda and notes containing counsel's mental impressions, conclusions, and opinions re: interview of Mathias Sandoval. | Withheld | Attorney-client privilege Attorney work product Accountant-client privilege |
| 3 | 10/16/2012 | Maria Arbona, Esq. Alan Singer, Esq. Matthew Siembieda, Esq. | | Memoranda and notes containing counsel's mental impressions, conclusions, and opinions re: interview of Jose Antonio Miranda. | Withheld | Attorney-client privilege Attorney work product Accountant-client privilege |
| 4 | 11/4/2012 | Matthew Siembieda, Esq. | | Notes containing counsel's mental impressions, conclusions, and opinions re: interview of Maria Cidre. | Withheld | Attorney-client privilege Attorney work product Accountant-client privilege |
| 5 | 11/7/2012 | Timothy Katsiff, Esq. Matthew Siembieda, Esq. | | Memoranda and notes containing counsel's mental impressions, conclusions, and opinions re: interview of Joao Silva. | Withheld | Attorney-client privilege Attorney work product Accountant-client privilege |
| 6 | 11/7/2012 | Timothy Katsiff, Esq. | | Memoranda and notes containing counsel's mental impressions, conclusions, and opinions re: interview of Maria Cidre. | Withheld | Attorney-client privilege Attorney work product Accountant-client privilege |
| 7 | 11/7/2012 | Timothy Katsiff, Esq. | | Memoranda and notes containing counsel's mental impressions, conclusions, and opinions re: interview of Douglas Guerra. | Withheld | Attorney-client privilege Attorney work product Accountant-client privilege |
| 8 | 11/7/2012 | Timothy Katsiff, Esq. | | Memoranda containing counsel's mental impressions, conclusions, and opinions re: interview of Angela Pugliese. | Withheld | Attorney-client privilege Attorney work product Accountant-client privilege |
| 9 | 11/7/2012 | Timothy Katsiff, Esq. | | Memorandum containing counsel's mental impressions, conclusions, and opinions re: interview of Maria Longhi. | Withheld | Attorney-client privilege Attorney work product Accountant-client privilege |
| 10 | 11/7/2012 | Timothy Katsiff, Esq. Matthew Siembieda, Esq. | | Notes containing counsel's mental impressions, conclusions, and opinions re: interview of Roseani Balarini. | Withheld | Attorney-client privilege Attorney work product Accountant-client privilege |
| 11 | 11/8/2012 | FTI Maria Arbona, Esq. Timothy Katsiff, Esq. | | Memorandum written at the direction of counsel and notes containing counsel's mental impressions, conclusions, and opinions re: interview of Evelyn Silva. | Withheld | Attorney-client privilege Attorney work product Accountant-client privilege |
| 12 | 11/8/2012 | Matthew Siembieda, Esq. | | Notes containing counsel's mental impressions, conclusions, and opinions re: interview of Jose Antonio Miranda. | Withheld | Attorney-client privilege Attorney work product Accountant-client privilege |
| 13 | 11/18/2012 | Timothy Katsiff, Esq. | | Memorandum containing counsel's mental impressions, conclusions, and opinions re: interview of Evelyn Silva. | Withheld | Attorney-client privilege Attorney work product Accountant-client privilege |
| 14 | 12/10/2012 | Matthew Siembieda, Esq. | | Notes containing counsel's mental impressions, conclusions, and opinions re: interview of Cesar Ungaretti. | Withheld | Attorney-client privilege Attorney work product Accountant-client privilege |
| 15 | 12/11/2012 | Maria Arbona, Esq. Timothy Katsiff, Esq. Matthew Siembieda, Esq. | | Memoranda and notes containing counsel's mental impressions, conclusions, and opinions re: interview of Ismael Silva. | Withheld | Attorney-client privilege Attorney work product Accountant-client privilege |
| 16 | 12/11/2012 | Maria Arbona, Esq. Timothy Katsiff, Esq. | | Memoranda containing counsel's mental impressions, conclusions, and opinions re: interview of Mauricio Pires and Alex Silva. | Withheld | Attorney-client privilege Attorney work product Accountant-client privilege |

Morgan, Lewis & Bockius LLP
Privilege Log in Response to Request 2 of Subpoena Dated August 9, 2017 in 1:17-cv-20301-JAL

| Entry | Date | Author | Recipients | Description | Withheld/Redacted | Claim Asserted |
|---|---|---|---|---|---|---|
| 17 | 12/11/2012 | Matthew Siembieda, Esq. | | Notes containing counsel's mental impressions, conclusions, and opinions re: interview of Laercio Sousa. | Withheld | Attorney-client privilege Attorney work product Accountant-client privilege |
| 18 | 12/12/2012 | FTI Matthew Siembieda, Esq. | | Memorandum written at the direction of counsel and notes containing counsel's mental impressions, conclusions, and opinions re: interview of Fausto Figueiredo. | Withheld | Attorney-client privilege Attorney work product Accountant-client privilege |
| 19 | 12/12/2012 | FTI Matthew Siembieda, Esq. | | Memorandum written at the direction of counsel and notes containing counsel's mental impressions, conclusions, and opinions re: interview of Luiz Roz. | Withheld | Attorney-client privilege Attorney work product Accountant-client privilege |
| 20 | 12/12/2012 | FTI | | Memorandum written at the direction of counsel re: interview of Danilo Lucena. | Withheld | Attorney-client privilege Attorney work product Accountant-client privilege |
| 21 | 12/13/2012 | Timothy Katsiff, Esq. | | Memorandum and notes containing counsel's mental impressions, conclusions, and opinions re: interview of Guillermo Barraza. | Withheld | Attorney-client privilege Attorney work product Accountant-client privilege |
| 22 | 12/13/2012 | FTI Timothy Katsiff, Esq. Matthew Siembieda, Esq. | | Memorandum written at the direction of counsel and notes containing counsel's mental impressions, conclusions, and opinions re: interview of Adriano Lima. | Withheld | Attorney-client privilege Attorney work product Accountant-client privilege |
| 23 | 12/13/2012 | FTI Matthew Siembieda, Esq. | | Memorandum written at the direction of counsel and notes containing counsel's mental impressions, conclusions, and opinions re: interview of Joao Silva. | Withheld | Attorney-client privilege Attorney work product Accountant-client privilege |
| 24 | 12/13/2012 | FTI Matthew Siembieda, Esq. | | Memorandum written at the direction of counsel and notes containing counsel's mental impressions, conclusions, and opinions re: interview of Marco Basso. | Withheld | Attorney-client privilege Attorney work product Accountant-client privilege |
| 25 | 12/13/2012 | FTI Matthew Siembieda, Esq. | | Memorandum written at the direction of counsel and notes containing counsel's mental impressions, conclusions, and opinions re: interview of Teresa Faria. | Withheld | Attorney-client privilege Attorney work product Accountant-client privilege |
| 26 | 12/13/2012 | FTI | | Memorandum written at the direction of counsel re: interview of Luis Guimaraes. | Withheld | Attorney-client privilege Attorney work product Accountant-client privilege |
| 27 | 12/13/2012 | FTI Maria Arbona, Esq. Matthew Siembieda, Esq. | | Memorandum written at the direction of counsel, and memorandum and notes containing counsel's mental impressions, conclusions, and opinions re: interview of Fernando Pinto. | Withheld | Attorney-client privilege Attorney work product Accountant-client privilege |
| 28 | 1/6/2013 | FTI Matthew Siembieda, Esq. | | Memorandum and notes containing counsel's mental impressions, conclusions, and opinions re: interview of Marcelo Osvaldo. | Withheld | Attorney-client privilege Attorney work product Accountant-client privilege |
| 29 | 1/8/2013 | Timothy Katsiff, Esq. Matthew Siembieda, Esq. | | Notes containing counsel's mental impressions, conclusions, and opinions re: interview of Erik Silva. | Withheld | Attorney-client privilege Attorney work product Accountant-client privilege |
| 30 | 1/8/2013 | Timothy Katsiff, Esq. Matthew Siembieda, Esq. | | Notes containing counsel's mental impressions, conclusions, and opinions re: interview of Marco Cruz. | Withheld | Attorney-client privilege Attorney work product Accountant-client privilege |
| 31 | 1/8/2013 | Timothy Katsiff, Esq. | | Notes containing counsel's mental impressions, conclusions, and opinions re: interview of Mateus Ferreira. | Withheld | Attorney-client privilege Attorney work product Accountant-client privilege |
| 32 | 1/8/2013 | Timothy Katsiff, Esq. | | Notes containing counsel's mental impressions, conclusions, and opinions re: interview of Teresa Faria. | Withheld | Attorney-client privilege Attorney work product Accountant-client privilege |

Morgan, Lewis & Bockius LLP
Privilege Log in Response to Request 2 of Subpoena Dated August 9, 2017 in 1:17-cv-20301-JAL

| Entry | Date | Author | Recipients | Description | Withheld/Redacted | Claim Asserted |
|---|---|---|---|---|---|---|
| 33 | 1/9/2013 | FTI<br>Timothy Katsiff, Esq. | | Memorandum written at the direction of counsel and notes containing counsel's mental impressions, conclusions, and opinions re: interview of Danielle Costa. | Withheld | Attorney-client privilege<br>Attorney work product<br>Accountant-client privilege |
| 34 | 1/9/2013 | FTI<br>Timothy Katsiff, Esq. | | Memorandum written at the direction of counsel and notes containing counsel's mental impressions, conclusions, and opinions re: interview of Luiz Fernando Rodrigues. | Withheld | Attorney-client privilege<br>Attorney work product<br>Accountant-client privilege |
| 35 | 1/9/2013 | FTI<br>Timothy Katsiff, Esq. | | Memorandum written at the direction of counsel and notes containing counsel's mental impressions, conclusions, and opinions re: interview of Murylo Silva. | Withheld | Attorney-client privilege<br>Attorney work product<br>Accountant-client privilege |
| 36 | 1/9/2013 | FTI<br>Maria Arbona, Esq.<br>Timothy Katsiff, Esq. | | Memorandum written at the direction of counsel, and memorandum and notes containing counsel's mental impressions, conclusions, and opinions re: interview of Fernando Pinto. | Withheld | Attorney-client privilege<br>Attorney work product<br>Accountant-client privilege |
| 37 | 1/11/2013 | FTI<br>Timothy Katsiff, Esq. | | Memorandum written at the direction of counsel and notes containing counsel's mental impressions, conclusions, and opinions re: interview of Danielle Costa. | Withheld | Attorney-client privilege<br>Attorney work product<br>Accountant-client privilege |
| 38 | 1/11/2013 | FTI<br>Timothy Katsiff, Esq. | | Memorandum written at the direction of counsel and notes containing counsel's mental impressions, conclusions, and opinions re: interview of Donald Teixeira. | Withheld | Attorney-client privilege<br>Attorney work product<br>Accountant-client privilege |
| 39 | 1/11/2013 | FTI<br>Timothy Katsiff, Esq. | | Memorandum written at the direction of counsel and notes containing counsel's mental impressions, conclusions, and opinions re: interview of Murylo Silva. | Withheld | Attorney-client privilege<br>Attorney work product<br>Accountant-client privilege |
| 40 | 1/11/2013 | FTI<br>Timothy Katsiff, Esq. | | Memorandum written at the direction of counsel and notes containing counsel's mental impressions, conclusions, and opinions re: interview of Nilson Vitoria. | Withheld | Attorney-client privilege<br>Attorney work product<br>Accountant-client privilege |
| 41 | 1/11/2013 | FTI<br>Timothy Katsiff, Esq. | | Memorandum written at the direction of counsel and notes containing counsel's mental impressions, conclusions, and opinions re: interview of Rosicarla Ferreira. | Withheld | Attorney-client privilege<br>Attorney work product<br>Accountant-client privilege |
| 42 | 1/18/2013 | Timothy Katsiff, Esq. | Matthew Siembieda, Esq.<br>Alan Singer, Esq.<br>Tom Rees<br>Chris Harvey | Email containing counsel's mental impressions, conclusions, and opinions re: interview of Jose Torres. | Withheld | Attorney-client privilege<br>Attorney work product<br>Accountant-client privilege |
| 43 | 1/27/2013 | Maria Arbona, Esq. | | Notes containing counsel's mental impressions, conclusions, and opinions re: interview of Leo Soto. | Withheld | Attorney-client privilege<br>Attorney work product<br>Accountant-client privilege |
| 44 | 1/31/2013 | Timothy Katsiff, Esq. | | Notes containing counsel's mental impressions, conclusions, and opinions re: interview of Rosicarla Ferreira. | Withheld | Attorney-client privilege<br>Attorney work product<br>Accountant-client privilege |

**Morgan, Lewis & Bockius LLP**
**Privilege Log in Response to Request 3 of Subpoena Dated August 9, 2017 in 1:17-cv-20301-JAL**

| Entry | Date | Author | Description | Withheld/Redacted | Claim Asserted |
|---|---|---|---|---|---|
| 1 | 2/18/2013 | Alan Singer, Esq. | Draft memorandum containing counsel's mental impressions, conclusions, and opinions re: December 31, 2011 Item 9A controls and procedures. | Withheld | Attorney-client privilege<br>Attorney work product<br>Accountant-client privilege |
| 2 | 2/20/2013 | Alan Singer, Esq. | Draft memorandum containing counsel's mental impressions, conclusions, and opinions re: inventory controls and Brazil inventory issues. | Withheld | Attorney-client privilege<br>Attorney work product<br>Accountant-client privilege |
| 3 | 2/20/2013 | Alan Singer, Esq. | Draft memorandum containing counsel's mental impressions, conclusions, and opinions re: sufficiency of investigation. | Withheld | Attorney-client privilege<br>Attorney work product<br>Accountant-client privilege |
| 4 | 2/21/2013 | Alan Singer, Esq. | Draft memorandum containing counsel's mental impressions, conclusions, and opinions re: sufficiency of investigation. | Withheld | Attorney-client privilege<br>Attorney work product<br>Accountant-client privilege |
| 5 | 2/21/2013 | Alan Singer, Esq. | Draft memorandum containing counsel's mental impressions, conclusions, and opinions re: inventory controls and Brazil inventory issues. | Withheld | Attorney-client privilege<br>Attorney work product<br>Accountant-client privilege |
| 6 | 2/24/2013 | Alan Singer, Esq. | Draft memorandum containing counsel's mental impressions, conclusions, and opinions re: inventory controls and Brazil inventory issues. | Withheld | Attorney-client privilege<br>Attorney work product<br>Accountant-client privilege |
| 7 | 2/24/2013 | Alan Singer, Esq. | Draft memorandum containing counsel's mental impressions, conclusions, and opinions re: sufficiency of investigation. | Withheld | Attorney-client privilege<br>Attorney work product<br>Accountant-client privilege |
| 8 | 2/27/2013 | Alan Singer, Esq. | Draft memorandum containing counsel's mental impressions, conclusions, and opinions re: corporate controls environment. | Withheld | Attorney-client privilege<br>Attorney work product<br>Accountant-client privilege |

**Morgan, Lewis & Bockius LLP**
**Privilege Log in Response to Request 4 of Subpoena Dated August 9, 2017 in 1:17-cv-20301-JAL**

| Entry | Date | Author | Description | Withheld/Redacted | Claim Asserted |
|---|---|---|---|---|---|
| 1 | 2/15/2013 | Alan Singer, Esq. | Draft memorandum  containing counsel's mental impressions, conclusions, and opinions re: sufficiency of investigation. | Withheld | Attorney-client privilege<br>Attorney work product<br>Accountant-client privilege |