EXHIBIT A

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) 1:17-cv-20301-JAL ) ) |
| MATHIAS FRANCISCO SANDOVAL HERRERA, MARIA D. CIDRE, and JOSE ANTONIO MIRANDA GONZALEZ, | ) ) ) ) |
| Defendants. | ) ) ) |

**EXPERT REPORT OF MAUREEN M. CHAKRABORTY, PH.D.**

**AUGUST 24, 2018**

# Table of Contents

I.  Qualifications ............................................................................................................. 1

II.  Background .................................................................................................................. 1

III.  Assignment ................................................................................................................. 6

IV.  Summary of Opinions ................................................................................................. 7

V.  Inventory Accounting Errors Allegedly Concealed By Defendants Were Not Economically
    Material to a Reasonable Investor ............................................................................... 8

  A.  Methodology ............................................................................................................ 9

  B.  There Was a Statistically Significant Price Movement on October 31, 2012 (the First
      Trading Day After the October 29, 2012 Earnings Release) and Multiple Pieces of
      Confounding Information ..................................................................................... 10

  C.  Confounding Information Was Present in the October 29, 2012 Earnings Release ........... 11

  D.  The Financial Impact of the Inventory Accounting Errors Did Not Contribute to the
      Statistically Significant Stock Price Return on October 31, 2012 ..................................... 14

  E.  Equity Analyst Valuations and Commentary Following the October 29, 2012 Earnings
      Release Corroborates My Conclusion that the Financial Impact of the Inventory
      Accounting Errors Were Not Economically Material to the Valuation of General Cable's
      Stock .................................................................................................................... 16

VI.  The Accounting Errors Related to Value Added Tax and Revenue Recognition in
     Connection With Bill and Hold Transactions at Facilities in Brazil Were Not
     Economically Material to a Reasonable Investor ............................................................ 18

VII. Corrections of Alleged Omissions and Misstatements in the September 2012 Offering
     Memorandum Would Not Have Impacted a Reasonable Investor's Assessment of the
     September 2012 Note Offering ...................................................................................... 19

  A.  Methodology .......................................................................................................... 21

  B.  The Impact of a Correction for Inventory Accounting Errors on Credit Metrics is De
      Minimis ................................................................................................................ 21

  C.  Mr. Guild Does Not Reconcile His Opinion that GCC's S&P Credit Rating Might Have
      Been Lowered with GCC's Actual Credit Ratings Following the October 29, 2012
      Disclosure ............................................................................................................ 26

VIII.  Conclusions ............................................................................................................ 27

## I.       QUALIFICATIONS

1.   My name is Maureen Chakraborty.  I am a Managing Principal at Analysis Group, Inc.
     ("Analysis Group" or "AG") and I earned my Ph.D. in Economics from the University of
     Notre Dame and my B.A. in Economics from Colby College.  AG provides economic,
     financial, and business strategy consulting to its clients and specializes in the interpretation
     of economic and financial data and the development of economic and financial models.  AG
     consists of approximately 850 professionals who specialize in, among other things, the fields
     of economics, accounting, finance, statistics, and strategy consulting.

2.   I have been retained as an expert witness and a consultant in matters involving fixed income
     and equity securities, structured finance transactions, portfolio strategies of hedge funds and
     mutual funds, tax and transfer pricing issues, valuation, and solvency.  I have also quantified
     and assessed damages in a variety of matters.

3.   My qualifications are summarized in greater detail in my curriculum vitae, which is attached
     to this report as **Appendix A**.  **Appendix A** also contains information relating to my
     previous employment and publications, as well as a list of my trial and deposition testimony
     experience.

## II.      BACKGROUND

4.   This matter concerns General Cable Corporation ("General Cable," "GCC," or "the
     company"), a global manufacturer of copper, aluminum, and fiber optic wire and cable
     products.  General Cable has operated as an independent public company since 1997, and its

shares were listed and traded on the New York Stock Exchange ("NYSE") as BGC.[1]

General Cable was acquired by Prysmian Group in June 2018.[2]

5.   Plaintiff alleges that Defendants Mathias Francisco Sandoval Herrera ("Mr. Sandoval") and

Maria D. Cidre ("Ms. Cidre"), former Chief Executive Officer ("CEO") and Chief Financial

Officer ("CFO"), respectively, of GCC's Rest of World ("ROW") segment,[3] were made

aware of potential inventory errors at the Company's subsidiary in Brazil ("GCC Brazil") in

January 2012.[4]  Plaintiff further alleges that between January 2012 and September 2012, Mr.

Sandoval and Ms. Cidre were provided updates regarding the magnitude of the potential

inventory errors, but that Defendants concealed and did not inform GCC's executive

management of the issue until September 2012.[5]

6.   On October 29, 2012, GCC announced its 2012 Q3 earnings results.[6]  In this earnings

release, GCC disclosed that the company had identified certain inventory-related accounting

errors in three facilities within the Company's ROW segment that resulted in an

understatement of cost of goods sold and an overstatement of ending inventory for fiscal

---

[1]   GCC, Form 10-K/A (Amendment No. 1) for the fiscal year ended December 31, 2012, pp. 4-5.

[2]   Shares of General Cable were no longer listed on the NYSE following its acquisition by Prysmian Group.  *See*, Prysmian Press Release, "Prysmian Completes Acquisition of General Cable," June 6, 2018, available at https://www.prysmiangroup.com/sites/default/files/corporate/media/downloads/pdf/press-releases/PR_PG_GC_Closing_ENG_0.pdf.

[3]   As of 2012, GCC had three business segments: North America, Europe and Mediterranean, and ROW, which included Brazil.  *See*, GCC, Form 10-K/A (Amendment No. 1) for the fiscal year ended December 31, 2012, pp. 5-6.

[4]   Complaint, *United States Securities and Exchange Commission v. Mathias Francisco Sandoval Herrera, et al.*, Case No. 1:17-cv-20301-JAL, January 24, 2017 ("Complaint"), ¶3.

[5]   Complaint, ¶¶3-6 and 23-37.

[6]   GCC, Form 8-K, October 29, 2012.

2

years 2008, 2009, 2010, and 2011, and for the first two quarters of 2012.[7]  GCC further

disclosed that it would be restating previously issued financial statements and related

financial information for fiscal years 2008 through 2011 and for the first two quarters of

fiscal year 2012.  In addition, GCC provided preliminary estimates of the amounts by which

it understated cost of sales (i.e., cost of goods sold, or "COGS") and overstated inventory

balances.  Table 1 is a summary of the disclosed expected accounting adjustments.

**Table 1**
**GCC Estimates of Overstated Inventory Balances and Understated COGS**
**As Disclosed in the October 29, 2012 Earnings Release[8]**

| Fiscal Period | Inventory Overstatement [9] (in millions) | COGS Understatement (in millions) |
|---|---|---|
| FY 2008 | $8.0 | $6.2 |
| FY 2009 | $19.5 | $8.6 |
| FY 2010 | $26.6 | $5.7 |
| FY 2011 | $39.0 | $17.3 |
| FY 2012 Q1 | $41.1 | $1.2 |
| FY 2012 Q2 | $39.8 | $2.3 |

---

[7] The three facilities at which inventory-related accounting errors were identified included two in Brazil and one in South Africa.  *See*, GCC, Form 8-K, October 29, 2012.

[8] GCC, Form 8-K, October 29, 2012.

[9] Inventory overstatement reflects GCC's estimate of the amount by which the inventory balance was overstated as of the last day of the associated fiscal period.

7.   On March 1, 2013, GCC filed its FY 2012 financial statements and 2012 Q3 quarterly report along with restated year-end financial statements for FY 2008 through FY 2011 and restated quarterly reports for the first two quarters of FY 2012.[10]

8.   On July 31, 2013, GCC filed a Form 8-K to release its 2013 Q2 results and disclosed that it was evaluating a potential adjustment related to value added tax in Brazil.  GCC estimated that the potential adjustment could result in additional expenses totaling between $7 million and $14 million across FY 2008 through FY 2012, and announced that it would delay filing its quarterly report for 2013 Q2 until previously filed financial statements had been amended.[11]

9.   GCC provided an update on additional accounting errors in a Form 8-K filed on October 15, 2013.  In the filing, GCC disclosed that it had identified accounting errors related to (i) value added tax[12] and (ii) revenue recognition in connection with bill and hold transactions at facilities in Brazil, and that it would be restating previously issued financial statements for FY 2008 through FY 2012 and for the first quarter of FY 2013.  GCC also provided estimates of the amounts by which revenue and gross margin had been overstated or understated as a result of these accounting errors.[13]  GCC estimated that the overstatement of

---

[10]   GCC, Form 10-K for the fiscal year ended December 31, 2012; GCC, Form 10-Q for the quarterly period ended September 28, 2012; GCC, Form 10-K/A (Amendment No. 1) for the fiscal year ended December 31, 2011; GCC, Form 10-Q/A (Amendment No. 1) for the quarterly period ended March 30, 2012; GCC, Form 10-Q/A (Amendment No. 1) for the quarterly period ended June 29, 2012.

[11]   GCC, Form 8-K, July 31, 2013.

[12]   This potential accounting error was first disclosed in the July 31, 2013 form 8-K.  *See*, GCC, Form 8-K, July 31, 2013

[13]   GCC, Form 8-K, October 15, 2013.

value added tax had resulted in an overstatement of gross margin totaling approximately $18 million across FY 2008 through FY 2012,[14] and that revenue recognition errors related to bill and hold transactions had resulted in an overstatement of revenue and gross margin FY 2009 through FY 2011 and an understatement of revenue and gross margin in FY 2012 and 2013 Q1.[15]

10. On January 21, 2014, GCC filed its financial statements for FY 2013 and its quarterly reports for 2013 Q2 and Q3, along with restated financial statements covering FY 2008 through FY 2012 and restated quarterly reports for the first three quarters of FY 2012 and the first quarter of FY 2013.[16]

11. Plaintiff alleges that as a result of Defendants' failure to inform GCC executive management of the potential inventory accounting errors between January 2012 and September 2012, the earnings announcements and financial statements released by GCC during this time

---

[14]   In its Form 8-K, GCC estimated that the overstatement of value added tax had resulted in an overstatement of gross margin by $3 million, $3 million, $4 million, $6 million, and $2 million for FY 2008, FY 2009, FY 2010, FY 2011, and FY 2012, respectively.  *See*, GCC, Form 8-K, October 15, 2013.

[15]   GCC estimated that revenue recognition errors related to bill and hold transactions had resulted in an overstatement of revenue by $8 million, $10 million, $64 million in FY 2009, FY 2010, and FY 2011, respectively, and an understatement of revenue by $41 million and $10 million in FY 2012 and Q1 2013, respectively.  GCC estimated an associated overstatement of gross margin by $5 million and $19 million in FY 2010 and FY 2011, respectively, and an understatement of gross margin by $14 million and $3 million in FY 2012 and Q1 2013, respectively.  GCC also stated that approximately $30 million of revenue and $7 million of gross margin that were previously recorded would be recognized in future periods.  *See*, GCC, Form 8-K, October 15, 2013.

[16]   GCC, Form 10-K for the fiscal year ended December 31, 2013; GCC, Form 10-Q for the quarterly period ended June 28, 2013; GCC, Form 10-Q for the quarterly period ended September 27, 2013; GCC, Form 10-K/A (Amendment No. 1) for the fiscal year ended December 31, 2012; GCC, Form 10-K/A (Amendment No, 2) for the fiscal year ended December 31, 2011; GCC, Form 10-Q/A (Amendment No. 2) for the quarterly period ended March 30, 2012; GCC, Form 10-Q/A (Amendment No. 2) for the quarterly period ended June 29, 2012; GCC, Form 10-Q/A (Amendment No. 2) for the quarterly period ended September 28, 2012; GCC, Form 10-Q/A (Amendment No. 1) for the quarterly period ended March 29, 2013.

contained "material misstatements and omissions."[17]  Plaintiff also asserts that as a consequence of Defendants' alleged concealment of inventory errors identified in the Brazil facilities, the offering memorandum for GCC's private placement sale of $600 million of 5.750% Senior Notes due 2022 (the "September 2012 Offering Memorandum"),[18] which was completed on September 25, 2012 (the "September 2012 Note Offering"), referenced financial statements that contained allegedly material misstatements and omissions.[19]

## III.   ASSIGNMENT

12. I have been asked by counsel for Mr. Sandoval and Ms. Cidre to:

   a.  Measure the reaction of GCC's stock price to disclosures of the inventory accounting errors;

   b.  Assess the economic materiality of the inventory accounting errors to a reasonable investor;

   c.  Assess the economic materiality of the alleged omissions and misstatements in the September 2012 Offering Memorandum; and

   d.  Review and respond to certain statements contained in the Expert Report of Gerard A. Guild.[20]

13. Analysis Group is being compensated for my time in this matter at my standard billing rate of $780 per hour.  Employees of Analysis Group working under my direction have assisted

---

[17]  Complaint, ¶40.

[18]  GCC, Offering Memorandum for $600,000,000 of 5.750% Senior Notes due 2022, DT0390522 – 703.

[19]  Complaint, ¶45.

[20]  Expert Report of Gerard A. Guild, July 27, 2018 (the "Guild Report").

me in preparing this report.  Neither my nor Analysis Group's compensation in this matter is contingent upon my findings or the outcome of this litigation.

14. The materials that I have considered in forming my opinions are listed in **Appendix B**.  My work in this matter is ongoing, and I may review additional materials or conduct further analysis, including but not limited to analyzing any additional expert reports or testimony offered by Plaintiff.  I reserve the right to update, refine, or revise my opinions should additional information become available to me.

## IV.    SUMMARY OF OPINIONS

15. Regarding the impact of the alleged concealment of information related to inventory accounting errors in the ROW division:

    a.  I find that GCC's alleged corrective disclosures regarding the financial impact of the inventory accounting errors, including the March 1, 2013 filing of GCC's restated financial statements, had no measurable impact on its stock price.

    b.  I find that GCC's disclosures regarding the financial impact of corrections related to value added tax and revenue recognition in connection with bill and hold transactions at facilities in Brazil, including the January 21, 2014 filing of GCC's restated financial statements, had no measurable impact on its stock price.

    c.  I find that Mr. Guild's conclusion that knowledge of the inventory-related accounting errors "would have impacted a reasonable purchaser's assessment of the liquidity, credit, and crisis or event risks involved the *[sic]* September 2012 Private Placement"[21] is without support and is contradicted by my analysis of

---

[21]  Guild Report, ¶16.

GCC's financial and credit ratios.  Specifically, based on my analysis of these ratios, I find no evidence that a correction of the alleged omissions and misstatements in advance of the September 2012 Note Offering would have impacted a reasonable investor's assessment of the September 2012 Note Offering.

d.  Based on quantitative and qualitative analyses, I conclude that the alleged omissions and misstatements related to the inventory accounting errors were not economically material to reasonable investors in GCC's stock or private placement notes.

16.  Detailed support for my opinions is presented in Sections V, VI, and VII. In Sections V and VI, I assess the economic materiality of disclosures of accounting errors related to inventory valuation, value added tax, and revenue recognition in connection with bill and hold transactions.  I find no evidence that these disclosures were economically material to investors.  In Section VII, I assess the economic materiality of alleged omissions and misstatements in the September 2012 Offering Memorandum.  I find no evidence that the alleged omissions and misstatements were economically material to purchasers of the GCC private placement bonds.  Lastly, in Section VIII, I summarize the conclusions of my analyses.

## V.   INVENTORY ACCOUNTING ERRORS ALLEGEDLY CONCEALED BY DEFENDANTS WERE NOT ECONOMICALLY MATERIAL TO A REASONABLE INVESTOR

17.  In its October 29, 2012 earnings release, GCC first disclosed publicly that the company had identified certain inventory-related accounting errors in three facilities within the Company's ROW segment that resulted in an understatement of cost of goods sold and an

overstatement of ending inventory for fiscal years 2008, 2009, 2010, and 2011, and for the first two quarters of FY 2012.[22]  The company filed restated financial statements that corrected these errors on March 1, 2013[23]; at that time the market had full knowledge of the impact of the inventory accounting errors.

18. In this section, I assess the market's reaction to disclosures of the financial impact of the inventory accounting errors on October 29, 2012 and March 1, 2013.  My research and analysis demonstrates that there is no evidence, statistical or otherwise, that the financial impact of the inventory accounting errors was economically material to the market's valuation of GCC's stock.

### A.  Methodology

19. To assess the economic materiality of disclosures relating to the financial impact of the inventory accounting errors, I conducted the following analyses:

    a.  An event study measuring GCC's stock price movement following the alleged corrective disclosures, controlling for market and industry trends[24];

---

[22]  GCC, Form 8-K, October 29, 2012.

[23]  GCC, Form 10-K for the fiscal year ended December 31, 2012; GCC, Form 10-Q for the quarterly period ended September 28, 2012; GCC, Form 10-K/A (Amendment No. 1) for the fiscal year ended December 31, 2011; GCC, Form 10-Q/A (Amendment No. 1) for the quarterly period ended March 30, 2012; GCC, Form 10-Q/A (Amendment No. 1) for the quarterly period ended June 29, 2012.

[24]  An event study is a statistical model (that is commonly used by economists, and has been accepted by courts as a method to evaluate the economic materiality of stock price movements) that relates movements in a company's stock price to movements in the overall market and the industry in which the company operates. The model allows me to determine if the movement of a company's stock price in response to news (such as an earnings disclosure) is economically material (that is, the movement cannot be explained by market or industry factors, or by random chance) by measuring the statistical significance of the stock price movement that is not explained by market or industry movements.  For a description of the event study methodology, *see* **Appendix C**.

b.  A decomposition of the factors contributing to GCC's statistically significant stock price return following the alleged corrective disclosure on October 29, 2012; and

c.  A qualitative review of equity analysts' research related to GCC's stock price and valuation.

**B.  There Was a Statistically Significant Price Movement on October 31, 2012 (the First Trading Day After the October 29, 2012 Earnings Release) and Multiple Pieces of Confounding Information**

20.  I analyzed GCC's common stock return on October 31, 2012, the first trading day after the 2012 Q3 earnings release on October 29, 2012.[25]  I found that GCC's stock price experienced a statistically significant negative return on this date (*see* **Exhibit 1**).  The interpretation of the return on this date is complicated by a few critical facts.   The calculated return on October 31, 2012 reflects the change between the closing price of GCC's stock on Friday, October 26, 2012 and the closing price on Wednesday, October 31, 2012, a period of five days.  I am unable to calculate a one-day return following the earnings disclosure on Monday, October 29, 2012 because stock markets were closed on October 29, 2012 and October 30, 2012 following Hurricane Sandy.

21.  Given that the return calculated on October 31, 2012 reflects information from a five-day period, including multiple pieces of confounding information discussed in the October 29, 2012 earnings release, it is necessary to isolate the stock price impact from the disclosed

---

[25]  I also tested the market reaction of GCC's stock price to the filing of the restated financial statements on March 1, 2013.  I find there was no statistically significant reaction to this event.  *See* **Exhibit 1**.

inventory accounting errors from the stock price impact of other confounding information over those days.[26]  A decomposition of GCC's stock return on this date informs my opinion as to whether the financial impact of the disclosed inventory accounting errors was economically material to a reasonable investor's valuation of GCC's stock.

22. To supplement my analysis, I also reviewed market commentary following the October 29, 2012 earnings release to assess the relative importance that the market placed on the various pieces of information contained in the company's October 29, 2012 earnings release, including the financial impact of the disclosed inventory accounting errors.

**C.  Confounding Information Was Present in the October 29, 2012 Earnings Release**

23. The October 29, 2012 earnings release contained several pieces of confounding information, which were discussed by analysts.  D.A. Davidson & Co. ("D.A. Davidson") analysts noted that the restatement announcement amplified an already "noisy" quarter,[27] while KeyBanc Capital Markets ("KeyBanc") analysts noted the "complexity around the numerous data points" contained in the earnings announcement.[28]  Equity analysts' commentary on the earnings release included:

a. <u>EPS Missed Consensus and Guidance Due to Interest Expense and Tax.</u>  General Cable's reported EPS for the third quarter of 2012 fell below both consensus and

---

[26]   According to an article in the *Cincinnati Business Courier*, "U.S. stock markets were closed because of Hurricane Sandy, so it wasn't possible to gauge the impact, if any, the restatement might have on General Cable's stock."  *See*, Jon Newberry, "General Cable to restate financial results," *Cincinnati Business Courier*, October 30, 2012.

[27]   D.A. Davidson & Co., "Acquisitions and Other Investments to Benefit 2013; Maintain BUY," October 30, 2012, p. 1.

[28]   KeyBanc Capital Markets, "BGC: 3Q12 Results Slightly Lower, Long-Term Catalysts Outweigh Headwinds," October 29, 2012, p. 1.

management guidance estimates.[29]  Equity analysts generally attributed the missed EPS to the company's higher interest and tax expenses.  No analysts attributed the EPS miss to the disclosures about the inventory accounting errors. For example, BB&T Capital Markets ("BB&T") analysts lowered their FY 2012 EPS estimate "with the majority of the pressure from interest expense."[30] KeyBanc and D.A. Davidson analysts similarly noted the impact of a higher interest expense and tax.[31]

b. <u>Unfavorable Macroeconomic Conditions.</u>  As a global industrials company, General Cable is exposed to several macroeconomic risks, including commodity price risk in its supply chain, country-specific risk, and foreign exchange risk. Equity analysts identified all three as having impacted General Cable in the third quarter or as presenting an immediate risk in the future.  For example, D.A. Davidson analysts noted that revenue visibility was limited by a "cloudy economic environment"[32] and KeyBanc analysts noted that they were "not surprised by the more cautious outlook given operating leverage headwinds likely to result from a softer macroeconomic environment worldwide."[33]  BB&T

---

29   BB&T Capital Markets, "BGC: Q3 Hurt Below the Line; Guidance Hurt by Mix," October 31, 2012, p. 1.

30   BB&T Capital Markets, "BGC: Q3 Hurt Below the Line; Guidance Hurt by Mix," October 31, 2012, p. 1.

31   KeyBanc Capital Markets, "BGC: 3Q12 Results Slightly Lower, Long-Term Catalysts Outweigh Headwinds," October 29, 2012, pp. 2-3; D.A. Davidson & Co., "Acquisitions and Other Investments to Benefit 2013; Maintain BUY," October 30, 2012, p. 1.

32   D.A. Davidson & Co., "Acquisitions and Other Investments to Benefit 2013; Maintain BUY," October 30, 2012, p. 1.

33   KeyBanc Capital Markets, "BGC: 3Q12 Results Slightly Lower, Long-Term Catalysts Outweigh Headwinds," October 29, 2012, pp. 2 and 3.

analysts also commented on the "cautious macro environment" in the context of GCC's "below-median target multiples," noting that GCC's cost structure is "highly leveraged" to the price of commodities that "have shown unprecedented levels of volatility in recent months."[34]

c.   <u>Uncertainty Related to Revenue Growth and Mix.</u>  Equity analysts expressed concerns related to General Cable's revenue growth and product mix.  BB&T analysts stated that "mix is expected to impact profitability" as certain types of products (such as those with a lower margin) become a larger percentage of the fourth quarter product mix.[35]  D.A. Davidson analysts reported a "mixed" market demand, commenting that "[o]verall unit volumes […] were essentially flat."[36]

d.   <u>GCC Acquisition.</u>  Equity analysts discussed the positive financial impacts of GCC's agreement to acquire Prestolite Wire, LLC, which GCC announced for the first time in the October 29, 2012 earnings release.[37]  Analysts also commented on the ongoing financial impact of other recent acquisitions.[38]

---

[34]   BB&T Capital Markets, "BGC: Q3 Hurt Below the Line; Guidance Hurt by Mix," October 31, 2012, pp. 1 and 2.

[35]   BB&T Capital Markets, "BGC: Q3 Hurt Below the Line; Guidance Hurt by Mix," October 31, 2012, p. 1.

[36]   D.A. Davidson & Co., "Acquisitions and Other Investments to Benefit 2013; Maintain BUY," October 30, 2012, p. 1.

[37]   *See, for example*, KeyBanc Capital Markets, "BGC: 3Q12 Results Slightly Lower, Long-Term Catalysts Outweigh Headwinds," October 29, 2012, p. 2.  *See also*, GCC, Form 8-K, October 29, 2012.

[38]   *See, for example*, KeyBanc Capital Markets, "BGC: 3Q12 Results Slightly Lower, Long-Term Catalysts Outweigh Headwinds," October 29, 2012, p. 2; D.A. Davidson & Co., "Acquisitions and Other Investments to Benefit 2013; Maintain BUY," October 30, 2012, p. 1; BB&T Capital Markets, "BGC: Q3 Hurt Below the Line; Guidance Hurt by Mix," October 31, 2012, pp. 1-2.

24.  In addition to the various pieces of confounding information in GCC's earnings release, GCC's stock price return on October 31, 2012 also reflected other information and events from the prior five days, as discussed above.  To assess the impact of the disclosed inventory accounting errors in isolation on GCC's stock price, the effects of confounding information over the five-day period must be removed.[39]

**D.  The Financial Impact of the Inventory Accounting Errors Did Not Contribute to the Statistically Significant Stock Price Return on October 31, 2012**

25.  To isolate the financial impact of the disclosed inventory accounting errors on GCC's stock price apart from all other confounding information, I construct a counterfactual stock price impact attributable only to this disclosure.  The counterfactual price impact is calculated in several steps, as follows:

a.  I adjust the "as reported" financial statement line items impacted by the inventory accounting errors for FY 2008, 2009, 2010, and 2011 and for the first two quarters of FY 2012 (*see* **Appendix D**).[40]

b.  I calculate the "as reported gross profit margin" for the period of FY 2008 through 2012 Q2 and the "estimated adjusted gross profit margin" for this same period (*see* **Appendix D**).[41]  The difference between the "as reported gross profit

---

[39]  The *Cincinnati Business Courier* reported: "U.S. stock markets were closed because of Hurricane Sandy, so it wasn't possible to gauge the impact, if any, the restatement might have on General Cable's stock."  *See*, Jon Newberry, "General Cable to restate financial results," *Cincinnati Business Courier*, October 30, 2012.

[40]  In GCC's Form 8-K filed October 29, 2012, GCC stated that it "estimates that it understated cost of sales for the years ended December 31, 2011, 2010, 2009, and 2008, and for the three months ended March 30, 2012 and six months ended June 29, 2012, by $17.3 million, $5.7 million, $8.6 million, $6.2 million, $1.2 million, and $3.5 million, respectively."

[41]  Gross profit margin is calculated as revenue minus cost of goods sold, divided by revenue.

margin" and the "estimated adjusted gross profit margin represents the gross margin impact from the disclosed inventory accounting errors.

c.  To assess the effect of the gross margin impact from the inventory accounting errors on future expectations of earnings before interest, taxes, depreciation and amortization ("EBITDA"), I apply the calculated "estimated adjusted gross profit margin" to the forward-looking revenue analyst consensus estimate (as of just prior to the October 29, 2012 earnings release), and subtract certain fixed expenses.  This calculation results in an "implied revised" forward-looking EBITDA (*see* **Exhibit 2**).[42]

d.  I then compute the implied impact of the "estimated adjusted gross margin" on the consensus estimate of future EBITDA as of the disclosure date (*see* **Exhibit 2**).  The resulting change in expected EBITDA represents the effect of the inventory accounting errors on the market's expectations of future earnings.

e.  To determine the effect on GCC's stock price, I apply GCC's implied EBITDA trading multiple to the estimated decrease in the forward-looking consensus EBITDA (*see* **Exhibit 2**).[43]

---

[42]  EBITDA is a commonly used financial metric to value a company's equity.  Equity analysts' twelve-month consensus estimate reflects the market's expectation of a company's future financial performance.  I source consensus estimates from S&P Capital IQ.

[43]  The value of a stock reflects the present value of expected future earnings.  It is common to value equity using a "trading multiple" of earnings.  This valuation method applies a multiple, which is derived from the expected future growth rate of earnings of a company and the relevant discount rate on the company's equity, to the next twelve months of expected earnings. General Cable's market-based trading multiple is derived by dividing its market capitalization by the next twelve months forecasted EBITDA, obtained from analysts' consensus EBITDA estimate for the next twelve months.

26.  As shown in **Exhibit 2**, the financial impact of the disclosed inventory accounting errors on GCC's stock price is approximately $0.78.  Since a stock price change of less than $1.06 as of October 31, 2012 is not statistically significant,[44] a $0.78 change in GCC's stock price would not be distinguishable from random noise to market participants, and therefore not economically material (*see* **Exhibit 3**).  Based on this finding, I conclude that a reasonable investor would not find the financial impact of the inventory accounting errors to be economically material to the valuation of GCC's stock.

E.  **Equity Analyst Valuations and Commentary Following the October 29, 2012 Earnings Release Corroborates My Conclusion that the Financial Impact of the Inventory Accounting Errors Were Not Economically Material to the Valuation of General Cable's Stock**

27.  To assess the relative importance that market participants placed on the financial impact of the disclosed inventory accounting errors, I reviewed research published by equity analysts discussing the October 29, 2012 earnings release.  Equity analysts' commentary in response to the earnings release is consistent with the results of the quantitative analysis described above, namely that the financial impact of the inventory accounting errors was not economically material to reasonable investors' assessment of the value of GCC.

28.  Although analysts acknowledged the disclosure of the inventory accounting errors in their reports, I have seen no evidence that equity analysts attributed any meaningful valuation impact to the information.  An analyst at KeyBanc, for example, estimated that the disclosed information "would not result in a substantial revision to earnings from prior periods" and

---

[44]  The threshold price for statistical significance is calculated based on my event study.  Specifically, it is derived from the volatility of GCC's residual stock price return on October 31, 2012, the t-statistic associated with a 95% confidence level of statistical significance, and GCC's stock price.

estimated that the total impact of the errors was "relatively immaterial in [KeyBanc's] view" at 4-5% of EPS.[45]

29. In addition, my review of analyst commentary finds that analysts did not change either their ratings or target prices for General Cable's stock after the October 29, 2012 earnings release.[46]

30. In an email dated October 31, 2012, Craig Westbay of Deloitte & Touche, GCC's independent auditor, discussed analysts' overall lack of reaction to the disclosure of the financial impact of the inventory accounting errors:

> In the analyst call following the [earnings release] on Monday, there were no questions/comments related to the restatement.  Per CFO there has been no comment regarding the restatement in the private analyst/investor calls except one related to when the Company would be able to begin their stock repurchase activity.[47]

31. With respect to movements in the stock price, Mr. Westbay acknowledged that the stock price had fallen but also noted that the "Q4 outlook for the Company communicated on Monday was below analyst expectations."[48]

---

[45] KeyBanc Capital Markets, "BCG-QA: Head of ROW Segment Resigns; Restatement Not Expected to Be Material," November 16, 2012, p. 1.

[46] BB&T analysts reiterated their "Buy" rating and $35.00 target price, KeyBanc analysts reiterated their "Buy" rating and $37.00 target price, and D.A. Davidson analysts reiterated their "Buy" rating and $42.00 target price.  *See*, BB&T Capital Markets, "BGC: Q3 Hurt Below the Line; Guidance Hurt by Mix," October 31, 2012, p. 1.  KeyBanc Capital Markets, "BGC: 3Q12 Results Slightly Lower, Long-Term Catalysts Outweigh Headwinds," October 29, 2012, p. 1.  D.A. Davidson & Co., "Acquisitions and Other Investments to Benefit 2013; Maintain BUY," October 30, 2012, p. 1.

[47] Email from Craig Westbay to Daniel Sunderland, et al., "Analyst comments to restatement and stock price," October 31, 2012, DT0044087.  Mr. Westbay stated that the market remained unmoved by the restatement in a June 2013 memorandum.  *See*, Deloitte & Touche Memo from Craig Westbay, "Accounting Consultation – Inventory Shrinkage Accounting," June 19, 2013, DT0177030 – 034 at 033.

[48] Email from Craig Westbay to Daniel Sunderland, et al., "Analyst comments to restatement and stock price," October 31, 2012, DT0044087.

## VI.  THE ACCOUNTING ERRORS RELATED TO VALUE ADDED TAX AND REVENUE RECOGNITION IN CONNECTION WITH BILL AND HOLD TRANSACTIONS AT FACILITIES IN BRAZIL WERE NOT ECONOMICALLY MATERIAL TO A REASONABLE INVESTOR

32. In a Form 8-K filed on July 31, 2013, GCC disclosed for the first time that the company was investigating a potential adjustment related to value added tax in Brazil, and provided a preliminary estimate that the adjustment could result in additional expenses of $7 to $14 million over the period of FY 2008 through FY 2012.[49]  On October 15, 2013, GCC provided an updated estimate of the financial impact of the value added tax adjustment and disclosed for the first time that the company identified additional accounting errors related to revenue recognition in connection with bill and hold transactions at facilities in Brazil.  GCC also provided preliminary estimates for the impact of those errors and disclosed that the company would be restating financial statements for FY 2008 through FY 2012 and for the first quarter of FY 2013.[50]  GCC filed its restated financial statements on January 21, 2014[51]; by that time, the market was fully aware of the financial impact of the accounting errors.

33. To assess the market's reaction to GCC's disclosure regarding the financial impact of the additional accounting errors, I analyzed GCC's common stock return on (i) August 1,

---

[49]   GCC, Form 8-K, July 31, 2013.

[50]   GCC, Form 8-K, October 15, 2013.

[51]   GCC, Form 10-K for the fiscal year ended December 31, 2013; GCC, Form 10-Q for the quarterly period ended June 28, 2013; GCC, Form 10-Q for the quarterly period ended September 27, 2013; GCC, Form 10-K/A (Amendment No. 1) for the fiscal year ended December 31, 2012; GCC, Form 10-K/A (Amendment No, 2) for the fiscal year ended December 31, 2011; GCC, Form 10-Q/A (Amendment No. 2) for the quarterly period ended March 30, 2012; GCC, Form 10-Q/A (Amendment No. 2) for the quarterly period ended June 29, 2012; GCC, Form 10-Q/A (Amendment No. 2) for the quarterly period ended September 28, 2012; GCC, Form 10-Q/A (Amendment No. 1) for the quarterly period ended March 29, 2013.

2013,[52] the day on which GCC first disclosed a potential value added tax adjustment to its previously issued financial statements; (ii) October 15, 2013, the day on which GCC first disclosed the additional accounting errors related to revenue recognition, reported the estimated financial impact of those errors, and provided updated estimates regarding the financial impact of the value added tax adjustments[53]; and (iii) January 21, 2014, the day on which the restated financial statements were filed.  Using the event study methodology described in Section V above,[54] I find that GCC's stock price did not experience a statistically significant movement on any of these dates (*see* **Exhibit 1**).

34. Based on this finding, I conclude that the disclosures regarding the financial impact of corrections related to the value added tax and bill and hold transactions did not contain information that was economically material to reasonable investors.

## VII.   CORRECTIONS OF ALLEGED OMISSIONS AND MISSTATEMENTS IN THE SEPTEMBER 2012 OFFERING MEMORANDUM WOULD NOT HAVE IMPACTED A REASONABLE INVESTOR'S ASSESSMENT OF THE SEPTEMBER 2012 NOTE OFFERING

35. In his report, Mr. Guild states:

> I performed an analysis of the allegedly false financial statements in the offering memorandum from a credit analyst point of view. The overstatements inflated the credit worthiness of BGC at that time and this, in turn, impacted all of the risks of debt instruments that I

---

[52]   The July 31, 2013 Form 8-K was filed after the market closed on that date.  August 1, 2013 is the first trading day following the disclosure.

[53]   The Form 8-K was filed during trading hours on October 15, 2013.  I therefore analyzed the stock price return from market close on October 14, 2013 to market close of October 15, 2013.

[54]   *See also*, **Appendix C**.

detailed in my report, including others like spread risk and volatility risk.[55]

36. He concludes:

> An announcement of a restatement of financial results and the restatement itself would have impacted a reasonable purchaser's assessment of the liquidity, credit, and crisis or event risks involved the [sic] September 2012 Private Placement.[56]

37. However, there is no actual discussion of the financial impact of the inventory accounting errors in the Guild Report, nor is there any specific analysis of how a correction for the alleged misrepresentations and omissions would have affected a reasonable investor's (or any other market participants') assessment of the September 2012 Note Offering.

38. Based on an analysis of key financial ratios that are well-established metrics for assessing a company's credit risk, I conclude that a correction for the alleged misstatements and omissions would not have impacted a reasonable investor's evaluation of GCC's credit risk and terms of the September 2012 Note Offering.

39. My conclusion is corroborated by my analysis of the financial impact of the disclosed inventory accounting errors on the market's valuation of GCC's stock.  Since I find that the corrective disclosures regarding the inventory accounting errors did not have a statistically significant impact on GCC's common stock and were not material to equity investors, and because equity interests are subordinate to debt interests, it follows that the corrected information would also not be material to reasonable investors in GCC's private debt.

---

[55] Guild Report, ¶11.

[56] Guild Report, ¶16.

### A. Methodology

40. To evaluate whether a correction of the alleged misstatements and omissions would have had an impact on market participants' evaluation of GCC's credit risk and terms of the September 2012 Note Offering, I conducted the following analyses:

   a. I analyzed the impact of inventory accounting errors, as disclosed in the October 2012 earnings release, on key financial ratios and well-established metrics for assessing a company's credit risk and likelihood of default.

   b. I analyzed the combined effect of certain of these financial ratios on an assessment of GCC's credit risk and likelihood of default.

### B. The Impact of a Correction for Inventory Accounting Errors on Credit Metrics is De Minimis

41. For my analysis, I relied upon well-established methods for evaluating a company's credit risk and likelihood of default:[57] analyzing key financial ratios and computing the Altman Z-score. I calculated the financial ratios and the Altman Z-score first by using GCC's financial information as reported in the September 2012 Offering Memorandum,[58] and again using the "corrected" financial information, after adjusting for the inventory accounting errors disclosed in October 2012. I find no significant change in either the financial ratios or the Altman Z-score after correcting for the alleged misstatements and omissions.

---

[57] My analysis is for the purpose of demonstrating the negligible impact of the corrections on GCC's financial statements and ratios for purposes of rebutting Mr. Guild's conclusions in this matter. At this time, I have not undertaken a comprehensive analysis of the September 2012 Note Offering.

[58] GCC, Offering Memorandum for $600,000,000 of 5.750% Senior Notes due 2022, DT0390522 – 703.

### 1. Analysis of Financial Ratios, Before and After Corrections for Inventory Accounting Errors

42. Below I describe the ten key financial ratios calculated for my analysis.  Each ratio is commonly considered by market participants when evaluating a company's credit risk.[59]

   a. Working Capital / Total Assets: This ratio is a measure of the net liquid assets of a firm relative to its total capital.  Working capital is defined as the difference between a company's current assets and its current liabilities.[60]  Working capital is a measure of a firm's financial flexibility, and the more working capital a firm has, the better it will be able to withstand business downturns and reduced cash flow.[61]

   b. Retained Earnings / Total Assets: Retained earnings is the total amount of reinvested earnings or losses of a firm over its entire life and captures a firm's cumulative profitability.  This ratio also measures a firm's leverage.  Firms with high ratios have financed their assets more through the retention of profits than with debt.[62]

   c. Earnings Before Interest and Taxes / Total Assets: This ratio measures the earning power of a firm's assets, and is often used by credit analysts to assess credit risk.[63]

---

[59] *See, for example*, Fabozzi, Frank J., and Steven V. Mann. *The Handbook of Fixed Income Securities*, McGraw-Hill, 2012, pp. 958-967; Brealey, Richard A., et al. *Principles of Corporate Finance*, McGraw-Hill, 2008, pp. 792-798; Altman, Edward I. and Edith Hotchkiss, *Corporate Financial Distress and Bankruptcy*, John Wiley & Sons, Inc., 2006 ("Altman and Hotchkiss"), pp. 242-243.

[60] Altman and Hotchkiss, p. 242.

[61] Fabozzi, Frank J., and Steven V. Mann, *The Handbook of Fixed Income Securities*, McGraw-Hill, 2012, p. 965.

[62] Altman and Hotchkiss, p. 242.

[63] Altman and Hotchkiss, p. 242.

d.  Market Value of Equity / Book Value of Total Liabilities: Equity is measured as the combined market value of all stock, while total liabilities includes both current and long-term obligations.  This ratio provides insight into a firm's ability to offset its liabilities with its assets and is used to assess the likelihood of the firm becoming insolvent.[64]

e.  Sales (or Revenue) / Total Assets: This ratio (also known as the capital turnover ratio) assesses a firm's ability to use its assets to generate sales.[65]  A higher sales to assets ratio can signify that a firm is utilizing its assets more efficiently.

f.  Current Ratio:  This is the ratio of a firm's current assets to current liabilities.  Current assets are liquid assets that can easily be turned into cash, and current liabilities are payments that a firm will need to make in the near future.[66]  This ratio provides a measure a firm's liquidity, and is of interest to analysts because the reported value of liquid assets is often more reliable as a measure of liquidity than is the book values of long-term assets.[67]

g.  Return on Assets: This is the ratio of a firm's income to its total assets, where income reflects earnings before interest but after taxes to represent the amount of earnings available for debt payment.[68]

---

[64]  Altman and Hotchkiss, p. 243.

[65]  Altman and Hotchkiss, p. 243.

[66]  Brealey, Richard A., et al., *Principles of Corporate Finance*, McGraw-Hill, 2008, p. 795.

[67]  Brealey, Richard A., et al., *Principles of Corporate Finance*, McGraw-Hill, 2008, p. 795.

[68]  Brealey, Richard A., et al., *Principles of Corporate Finance*, McGraw-Hill, 2008, pp. 796-797.

h.   Pretax Interest Coverage: This ratio is calculated as pretax earnings (including interest) divided by interest charges, and is often used by credit analysts to evaluate a company's long-term solvency risk.  It measures a company's capacity to make interest payments from earnings.[69]

i.   Free Cash Flow / Total Debt: This ratio provides a measure of a company's ability to support its debt obligations from its net operating cash flows.[70]

j.   Debt / EBITDA: This ratio is used to measure a company's leverage and provides an estimate of time it may take a company to pay off its debt given its current level of earnings.[71]

43.   **Exhibit 4** presents these ten ratios for the fiscal years 2008, 2009, 2010, 2011, and for the twelve-month period of 2011 Q3 through 2012 Q2 (the most recent twelve-month period for which GCC's financial statements had been released prior to the September 2012 Note Offering) using both GCC's financial information as reported in the September 2012 Offering Memorandum and in previously released financial statements, and using the "corrected" financial information, after adjusting for the inventory accounting errors disclosed on October 29, 2012.[72]

44.   My calculations show that using the "corrected" financial information to calculate the ratios does not have a meaningful effect on the ratios.  For example, the impact on the current ratio

---

[69]   *See, for example*, Frank J. Fabozzi, *The Handbook of Fixed Income Securities* (6th edition), McGraw-Hill, 2001, pp. 426-427; Clyde B. Stickney, et al., *Financial Reporting, Financial Statement Analysis, and Valuation: A Strategic Perspective* (6th edition), Thomson South-Western, 2007, pp. 298-299.

[70]   *See, for example,* Moody's Investors Service, "Rating Action: Moody's assigns B1 rating to General Cable's proposed senior unsecured notes; upgrades liquidity rating; revises outlook to stable," September 17, 2012.

[71]   *See, for example,* Moody's Investors Service, "Rating Action: Moody's assigns B1 rating to General Cable's proposed senior unsecured notes; upgrades liquidity rating; revises outlook to stable," September 17, 2012.

[72]   *See* **Appendix E** for the calculation of each ratio.

after "correcting" cost of goods sold and ending inventory is only between 0.01x to 0.03x across all periods that I analyzed (*see* **Exhibit 4** and **Exhibit 5**).

45. My analysis shows that adjustments for the inventory accounting errors have a de minimis impact on the above defined ratios, and therefore would not have had an economically material impact on reasonable investors' perceptions of GCC's credit risk, or the terms of the September 2012 Note Offering.

### 2.   *The Altman Z-Score Model*

46. Lenders and investors use credit scoring models to approximate a firm's default risk and to assess the firm's ability to repay loans.  Credit scoring models deploy a variety of methodologies ranging from qualitative assessments of companies to quantitative assessments utilizing financial statement and market value measures.[73]

47. One common credit scoring model is the Altman Z-Score Model, which incorporates measures from financial statements to statistically assess a firm's default risk.[74] Specifically, the model produces an aggregate measure called the Z-Score, which is calculated as a function of five of the financial ratios mentioned in the previous section: Working Capital/Total Assets, Retained Earnings/Total Assets, Earnings Before Interest and Taxes/Total Assets, Market Value of Equity/Book Value of Total Liabilities, and Sales/Total Assets.  The resulting Z-Score is a simple way of approximating default risk, where firms with low Z-scores are more likely to default on their obligations than firms with high Z-scores.

---

[73]   Altman and Hotchkiss, pp. 233-235.

[74]   Altman and Hotchkiss, pp. 233-249. The Altman Z-Score model uses a type of statistical methodology that classifies observations into categorical groupings and uses the characteristics of those observations to develop a model that can be used to predict the grouping of future observations.

48. **Exhibit 6** summarizes General Cable's Z-Scores for FY 2008, FY 2009, FY 2010, FY 2011, and for the twelve-month period ended June 29, 2012 (i.e., 2011 Q3 to 2012 Q2).  I calculate the Z-Scores for these five periods using both GCC's financial information as reported in the September 2012 Offering Memorandum, and using the "corrected" financial information, after adjusting for the inventory accounting errors disclosed in October 2012.

49. My calculations show that GCC's Z-Scores for the five periods did not meaningfully change after the originally reported financial results were adjusted for the disclosed inventory accounting errors.  For example, GCC's Fiscal Year 2008 Z-Scores using the "as reported" and "corrected" filings were 2.92 and 2.91, respectively.  Similarly, GCC's Z-Scores for the other fiscal periods changed in a de minimis way, ranging from no change in the Z-Score in FY 2009 to a 0.02 decline in FY 2011, with a 0.01 decline for the twelve month period of 2011 Q3 through 2012 Q2.

50. Based on these analyses, I conclude that a correction of the alleged misstatements and omissions would not have had an economically material impact on reasonable investors' perception of GCC's credit risk.

### C. Mr. Guild Does Not Reconcile His Opinion that GCC's S&P Credit Rating Might Have Been Lowered with GCC's Actual Credit Ratings Following the October 29, 2012 Disclosure

51. The Guild Report opines that GCC's "S&P credit rating might have been lowered" but for the allegedly material misstatements.[75]  Mr. Guild's conclusion, however, fails to account for facts documented in Exhibit 9 of his report that S&P did not change GCC's credit rating following the October 29, 2012 disclosure, nor did S&P change GCC's credit rating

---

[75]    Guild Report. ¶¶33 and 55.

following GCC's release of its restated financial statements in March 2013.  In fact, S&P did not change GCC's credit rating until May 2015.[76]

52. In addition, neither the October 29, 2012 disclosure nor GCC's eventual restatement of its financial statements on March 1, 2013 appears to have impacted Moody's credit rating assessment of the notes issued in September 2012.  Moody's initially assigned a B1 rating to the proposed notes on September 17, 2012, and it reaffirmed that rating on August 15, 2013.[77]

## VIII.  CONCLUSIONS

53. In this report, I present analyses that support my opinion that the financial impacts of the disclosed accounting errors were not economically material to reasonable investors in GCC's stock or private placement notes.  Specifically, the analyses presented in this report demonstrate that (1) GCC's alleged corrective disclosures regarding the financial impact of the inventory accounting errors, including the March 1, 2013 filing of GCC's restated financial statements, had no measurable impact on its stock price; (2) GCC's disclosures regarding the financial impact of corrections related to value added tax and revenue recognition in connection with bill and hold transactions at facilities in Brazil, including the January 21, 2014 filing of GCC's restated financial statements, had no measurable impact on its stock price; and (3) a correction of the alleged omissions and misstatements in advance of

---

[76]   Guild Report, Exhibit 9.

[77]   Moody's Investors Service, "Rating Action: Moody's assigns B1 rating to General Cable's proposed senior unsecured notes; upgrades liquidity rating; revises outlook to stable," September 17, 2012; Moody's Investors Service, "Rating Action: Moody's affirms General Cable's Ba3 CFR; lowers speculative grade liquidity rating to SGL-2; changes rating outlook to negative," August 15, 2013.

the September 2012 Note Offering would not have impacted a reasonable investor's

assessment of the September 2012 Note Offering.


_____

Maureen M. Chakraborty, Ph. D.

August 24, 2018

**Exhibit 1**
**Statistical Significance of At-Issue Event Dates**

*GCC Return = α + β$_1$ Market Return + β$_2$ Peer Index + **δ Event Date Indicators** + ε*
*Control Period:  September 1, 2011 - August 31, 2012*

| Date[a] | S&P 500 Return | Peer Return[c] | Predicted GCC Return[d] | Actual GCC Return | "Abnormal" Return[e] | p-Value[d] | Statistically Significant (α = 0.05)[f] |
|---|---|---|---|---|---|---|---|
| 10/31/2012 | 0.03% | 2.03% | 1.64% | -3.65% | -5.20% | **0.004** | **Yes** |
| 03/01/2013 | 0.23% | -0.18% | -0.03% | -1.79% | -1.76% | 0.332 | No |
| 08/01/2013 | 1.26% | 1.98% | 2.91% | 4.35% | 1.39% | 0.451 | No |
| 10/15/2013 | -0.71% | -1.72% | -2.32% | -4.81% | -2.55% | 0.159 | No |
| 01/21/2014 | 0.28% | 0.12% | 0.27% | 0.56% | 0.29% | 0.874 | No |

**Notes:**

(a) Each date represents the earliest NYSE trading day for which market hours concluded after the public disclosure of the event.

(b) The NYSE was closed on October 29, 2012 and October 30, 2012 due to Hurricane Sandy.

(c) GCC's peer group consists of the following companies: Belden, Inc. (NYSE: BDC); Hubbell Incorporated (NYSE: HUBB); Anixter International (NYSE: AXE); Encore Wire Corporation (NASDAQ: WIRE).  The peer group index is constructed using equal-weighted daily stock returns from these four companies.

(d) Predicted GCC Returns and *p*-Values are calculated using the event study model.  *See*  Appendix C for a more detailed description.

(e) "Abnormal" return is calculated as the actual daily log GCC return less the predicted daily log GCC return, based on the event study model.

(f) Statistically significant "abnormal" returns and their indications of statistical significance are bolded.  Statistical significance is determined at the α = 0.05 level with a two-tailed t-test.

(g) All returns are calculated as daily log returns and reported in this table as daily simple returns.

**Sources:**

(1) Bloomberg L.P.

(2) Appendix C.

(3) Appendix C.1.

**Exhibit 2**
**Estimated Per Share Stock Price Impact from Disclosed Inventory Accounting Errors on October 29, 2012**

**Before Disclosure (Close of Trading October 26, 2012)**
**EBITDA Trading Multiple and Forward Looking Consensus EBITDA**

| | | |
|---|---|---|
| Next Twelve Months EBITDA Analyst Consensus Estimate[(a)(b)(c)(1)] | [1] | $425.91 |
| Stock Price[(2)] | [2] | $29.61 |
| Shares Outstanding[(d)(2)] | [3] | 49.77 |
| Market Capitalization | [4]=[2]×[3] | $1,473.72 |
| Market Capitalization/EBITDA Multiple | [5]=[4]/[1] | 3.46 |
| Next Twelve Months Revenue Analyst Consensus Estimate[(b)(e)(1)] | [6] | $6,550.77 |
| As Reported Gross Profit Margin[(f)(4)] | [7] | 11.56% |
| Implied Next Twelve Months Gross Profit | [8]=[6]×[7] | $757.17 |
| Implied Next Twelve Months Fixed Expenses[(g)] | [9]=[8]-[1] | $331.26 |
| Next Twelve Months EBITDA Analyst Consensus Estimate[(b)(c)(1)] | [1] | $425.91 |

**Impact of Disclosed Inventory Accounting Errors on Forward Looking Consensus EBITDA**

| | | |
|---|---|---|
| Estimated Gross Profit Margin After Adjustment[(h)(3)(4)] | [10] | 11.39% |
| Implied Revised Next Twelve Months Gross Profit | [11]=[6]×[10] | $746.02 |
| Implied Revised Next Twelve Months EBITDA | [12]=[11]-[9] | $414.76 |

**Implied Stock Price Impact**

| | | |
|---|---|---|
| Implied Impact on Next Twelve Months EBITDA Analyst Consensus Estimate | [13]=[1]-[12] | $11.15 |
| Implied Impact on Market Capitalization | [14]=[5]×[13] | $38.59 |
| **Per Share Stock Price Impact on October 31, 2012 from Disclosed Inventory Accounting Errors** | **[15]=[14]/[3]** | **$0.78** |

**Notes:**

(a) All dollar amounts are in millions except for per share amounts.

(b) "Next Twelve Months" is Q4 2012 through Q3 2013, the next four fiscal quarters following the Q3 2012 earnings release on October 29, 2012.

(c) Consensus estimate is sum of estimates for the next four fiscal quarters, each of which includes between two and five analysts.

(d) Shares Outstanding is the number of shares outstanding known to the market as of October 26, 2012, which does not change between October 26, 2012 and October 31, 2012. The Shares Outstanding figure is in millions.

(e) Consensus estimate is sum of estimates for the next four fiscal quarters, each of which includes between three and six analysts.

(f) Calculated as gross profit divided by revenue for the FY 2008 to Q2 2012 period (*see* Appendix D).

(g) Fixed Expenses is all operating expenses excluding cost of sales, amortization, and depreciation.

(h) Calculated as gross profit divided by revenue for the FY 2008 to Q2 2012 period after adjusting COGS for the inventory related accounting errors (*see* Appendix D). COGS appears as "Cost of sales" in Company Filings.

**Sources:**

(1) S&P Capital IQ.

(2) Bloomberg L.P.

(3) GCC, Form 8-K, October 29, 2012.

(4) Appendix D.

**Exhibit 3**
**Statistically Significant Stock Price Impact Threshold**
**at 95% Confidence Level on October 31, 2012**

| | | |
|---|---|---|
| *Purpose* | I calculate the minimum stock price impact that is required on October 31, 2012 in order for the impact to be statistically significant at the 95% confidence level. | |

| **Inputs** | | |
|---|---|---|
| *Input 1* | GCC's stock price as of close of trading, October 26, 2012[1] | $29.61 |
| *Input 2* | Volatility of abnormal return on October 31, 2012[a] | 1.84% |
| *Input 3* | The 95 percent negative significance *t*-statistic[b] | -1.97 |

| **Steps** | | |
|---|---|---|
| *Step 1* | **What negative abnormal return would be required to have a statistical significance level at 95 percent on October 31, 2012?** = [Input 2] × [Input 3] | -3.63% |
| *Step 2* | **What negative abnormal price decline would be required to have a statistical significance level at 95 percent on October 31, 2012?** = (EXP([Step 1]) - 1) × [Input 1] | ($1.06) |

**Notes:**

(a) Volatility of abnormal return on October 31, 2012 is the standard error of the abnormal return on this date, calculated using an event study analyzing GCC's stock price movement on various disclosure dates, controlling for market and industry trends (*see* Appendix C).

(b) The 95 percent negative significance *t*-statistic for 246 degrees of freedom, the number of observations in our event study using the dummy dates and control period (*see* Appendix C).

**Source:**

(1) Bloomberg L.P.

**Exhibit 4**
**Impact of Disclosed Inventory Accounting Errors on Financial Ratios**
**2008-2012**

| | FY 2008 | | FY 2009 | | FY 2010 | | FY 2011 | | 2011 Q3 to 2012 Q2 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | As Reported | As Corrected | As Reported | As Corrected | As Reported | As Corrected | As Reported | As Corrected | As Reported | As Corrected |
| **[1]** Working Capital/Total Assets | 33.44% | 33.29% | 37.59% | 37.25% | 35.05% | 34.61% | 33.90% | 33.26% | 35.20% | 34.58% |
| **[2]** Retained Earnings/Total Assets | 16.54% | 16.47% | 22.03% | 21.88% | 22.14% | 21.97% | 23.84% | 23.44% | 24.13% | 23.72% |
| **[3]** Earnings Before Interest and Taxes/Total Assets | 11.08% | 10.92% | 4.95% | 4.73% | 5.84% | 5.73% | 6.22% | 5.83% | 5.12% | 4.88% |
| **[4]** Market Value of Equity/Book Value of Total Liabilities | 32.17% | 32.17% | 61.10% | 61.10% | 67.17% | 67.17% | 43.48% | 43.48% | 43.54% | 43.54% |
| **[5]** Revenue/Total Assets | 1.73x | 1.73x | 1.21x | 1.21x | 1.28x | 1.29x | 1.47x | 1.48x | 1.34x | 1.35x |
| **[6]** Current Ratio | 1.75x | 1.75x | 2.17x | 2.15x | 1.98x | 1.96x | 1.90x | 1.87x | 1.92x | 1.90x |
| **[7]** Return on Assets | 6.59% | 6.50% | 2.97% | 2.84% | 3.28% | 3.21% | 3.76% | 3.52% | 2.94% | 2.80% |
| **[8]** Pretax Interest Coverage Ratio | 4.59x | 4.52x | 2.42x | 2.32x | 3.40x | 3.32x | 2.90x | 2.71x | 2.51x | 2.38x |
| **[9]** Free Cash Flow/Total Debt | 0.96% | 0.45% | 37.01% | 36.22% | -1.83% | -2.43% | -2.41% | -4.11% | 2.87% | 1.80% |
| **[10]** Debt/EBITDA | 2.44x | 2.47x | 3.81x | 3.93x | 2.91x | 2.96x | 2.80x | 2.94x | 3.40x | 3.53x |

**Notes:**

(a)  As Corrected columns present ratios taking into account the impact of inventory accounting errors disclosed on October 29, 2012.

(b)  Balance sheet multiples ([1], [2], [4], [6]) are as of the last day of the fiscal year or the last day of 2012 Q2.  Income statement multiples ([3], [5], [7], [8], [9], [10], [11]) are for twelve month periods (either a fiscal year or the period of 2011 Q3 to 2012 Q2).  Market value of equity is not adjusted in the As Corrected columns because the financial impact of the disclosed inventory accounting errors did not have a measurable impact on stock prices.

(c)  Effective January 1, 2010, the Company changed its method of accounting for its North American inventories and non-North American metal inventories. This new methodology yields slightly different results than those originally reported for some items. The values in this table reflect adjusted FY 2008 and FY 2009 numbers using the new methodology.

**Sources**:

(1)  Appendix E.1 - E.10.

**Exhibit 5**
**Comparison of Financial Ratios As Reported and As Corrected**
**2008-2012**

### Working Capital/Total Assets



### Retained Earnings/Total Assets



### Earnings Before Interest and Taxes/Total Assets



### Market Value of Equity/ Book Value of Total Liabilities[(b)]



### Revenue/Total Assets



### Current Ratio



━━━ As Reported    ━━━ As Corrected

**Exhibit 5**
**Comparison of Financial Ratios As Reported and As Corrected**
**2008-2012**

### Return on Assets

### Pretax Interest Coverage Ratio



### Free Cash Flow/Total Debt



### Debt/EBITDA



**━━━ As Reported      ━━━ As Corrected**

**Notes:**

(a) Δs represent the difference between the ratio value calculated using as reported financial statements and the ratio value calculated after adjusting for the inventory related accounting errors disclosed on October 29, 2012.

(b) The information disclosed on October 29, 2012 had no impact on the Market Value of Equity to Book Value of Total Liabilities ratio, and therefore the as reported and as corrected ratios are the same.

**Source:**

(1) Exhibit 4.

**Exhibit 6**
**Impact of Disclosed Inventory Accounting Errors on Financial Ratios and Altman Z-Scores**
**2008-2012**

| | FY 2008 | | FY 2009 | | FY 2010 | | FY 2011 | | 2011 Q3 to 2012 Q2 | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | As Reported | As Corrected | As Reported | As Corrected | As Reported | As Corrected | As Reported | As Corrected | As Reported | As Corrected |
| **[1]** Working Capital/Total Assets | 33.44% | 33.29% | 37.59% | 37.25% | 35.05% | 34.61% | 33.90% | 33.26% | 35.20% | 34.58% |
| **[2]** Retained Earnings/Total Assets | 16.54% | 16.47% | 22.03% | 21.88% | 22.14% | 21.97% | 23.84% | 23.44% | 24.13% | 23.72% |
| **[3]** Earnings Before Interest and Taxes/Total Assets | 11.08% | 10.92% | 4.95% | 4.73% | 5.84% | 5.73% | 6.22% | 5.83% | 5.12% | 4.88% |
| **[4]** Market Value of Equity/Book Value of Total Liabilities | 32.17% | 32.17% | 61.10% | 61.10% | 67.17% | 67.17% | 43.48% | 43.48% | 43.54% | 43.54% |
| **[5]** Revenue/Total Assets | 1.73x | 1.73x | 1.21x | 1.21x | 1.28x | 1.29x | 1.47x | 1.48x | 1.34x | 1.35x |
| **Z-Score** | **2.92** | **2.91** | **2.50** | **2.49** | **2.60** | **2.60** | **2.68** | **2.66** | **2.53** | **2.52** |

**Notes:**

(a) The Z-Score is calculated as: Z-Score = 1.2([1]) + 1.4([2]) + 3.3([3]) + 0.6([4]) + [5].

(b) As Corrected columns present ratios taking into account the impact of inventory accounting errors disclosed on October 29, 2012.

(c) Balance sheet multiples ([1], [2]) are as of the last day of the fiscal year or the last day of 2012 Q2. Income statement multiples ([3], [5]) are for twelve month periods (either a fiscal year or the period of 2011 Q3 to 2012 Q2). Market value of equity is not adjusted in the As Corrected columns because the financial impact of the disclosed inventory accounting errors did not have a measurable impact on stock prices.

(d) Effective January 1, 2010, the Company changed its method of accounting for its North American inventories and non-North American metal inventories. This new methodology yields slightly different results than those originally reported for some items. The values in this table reflect adjusted FY 2008 and FY 2009 numbers using the new methodology.

**Sources**:

(1) Appendix E.1 - E.5.

(2) Altman, Edward I. and Edith Hotchkiss, *Corporate Financial Distress and Bankruptcy* (3rd edition), John Wiley & Sons, Inc., 2006, pp. 240-249.

**Appendix A**

**MAUREEN M. CHAKRABORTY, Ph.D.**
**Managing Principal**
Maureen.Chakraborty@analysisgroup.com

10 Rockefeller Plaza
Fifteenth Floor
New York, NY 10020
Phone:  (212) 492-8105
Fax:  (212) 492-8188

Dr. Chakraborty is an economist with an extensive background in finance, accounting, and valuation. Dr. Chakraborty has been retained both as an expert witness and as a consultant in a number of matters involving structured finance transactions and derivative securities, securities litigation, insider trading, tax and transfer pricing issues, valuation, and solvency. She recently has consulted and testified in matters involving investment and trading strategies, the disposition and sale of securities (including mortgage-backed structured products), securities price movements, and a number of topics related to the financial crisis. She also has provided analysis on matters involving mergers and acquisitions, auction pricing, the determination of royalties, and matters involving large data sets. Her work has involved the development of financial and economic models, and the valuation of equities, fixed income assets, structured finance products, options, and companies in the financial services, energy, telecommunications, transportation, sports and entertainment, and pharmaceutical industries.

**EDUCATION**

        Ph.D., economics, University of Notre Dame

        B.A., economics, Colby College

**PROFESSIONAL EXPERIENCE**

| | |
|---|---|
| 2003-present | Analysis Group, Inc., New York, NY |
| 1997-2003 | PricewaterhouseCoopers LLP (Dispute Analysis & Investigations), Dallas, TX |
| 1995-1997 | Price Waterhouse LLP (Dispute Analysis & Corporate Recovery Group), Dallas, TX |
| 1992-1994 | University of Notre Dame, Notre Dame, IN |

**Appendix A**

**SELECT CONSULTING EXPERIENCE**

**Securities**
Evaluated issues related to loss causation, market efficiency, class certification and damages in a number of securities litigation cases involving both equity and bonds. Provided assistance with settlement discussions, mediations, as well as filed expert reports and provided testimony.

Examined trading strategies and statistical trading patterns in a number of insider trading matters. Investigation also included the analysis and timing of information disclosure (public and non-public) relative to trading patterns, and the impact of large volume trades on securities prices.

Valued a number of complex securities, including: the subordinated tranche of a collateralized loan obligation, executive stock options, mortgage-backed and other asset-backed structured securities, auction rate securities, credit linked notes, and sovereign debt.

With respect to auction rate securities, assessed the impact of waiving certain maximum auction rates at the end of 2007; evaluated the risk of auction rate failure, the liquidity of auction rate securities, and the ultimate collapse of the auction rate securities market.

Supported multiple experts on issues related to mutual fund portfolio risk, portfolio diversification, and the effect of the financial crisis on fixed income investments.

Assessed damages and class certification issues related to alleged misrepresentations and omissions in the underwriting of residential mortgage backed securities.

In a high-profile trial, worked on behalf of former Bear Stearns hedge fund managers Ralph Cioffi and Matthew Tannin who faced criminal securities fraud charges in relation to the 2007 collapse of two Bear Stearns hedge funds. A U.S. District Court jury acquitted both defendants. Supported testifying expert Dean R. Glenn Hubbard of the Columbia Business School in the evaluation of the investment strategies, portfolio composition, and performance of the funds. Professor Hubbard provided testimony at trial.

**Valuation, Bankruptcy, and Solvency Analysis**
In a large matter related to the bankruptcy of Adelphia Communications ("Adelphia"), Analysis Group supported multiple experts in the areas of valuation and solvency, telecommunications, banking, corporate governance, and damages. Analysis Group performed analyses to refute claims that Adelphia was inadequately capitalized as of various dates between 1999 and 2001, analyzed the value of certain cable assets, and evaluated claims related to alleged harm from various co-borrowing facilities.

Provided financial analysis to evaluate the reinstatement of senior debt proposed in the Joint Plan of Reorganization of Spectrum Jungle Labs Corporation, et al., Debtors (the "Plan"). Provided analysis demonstrating that the "Plan" would violate certain provisions of the Senior Secured Lenders' Credit Agreement. Analysis Group affiliate Robert Grien testified in deposition and in bankruptcy court.

Led the analytical team supporting Analysis Group affiliate John D. Finnerty to assess the solvency of the Calpine Corporation in connection with a dispute that arose from the conveyance of certain residual oil and gas properties. Analysis Group's client, Calpine Corporation received $97 million and a

**Appendix A**

favorable 10-year gas supply agreement in a settlement of all claims.

In a dispute over the value received from the sale of a pharmaceutical business, provided a valuation of the equity of the pharmaceutical company as of the time of the transaction. Plaintiffs claimed that the equity received in the transaction was worth less than a competing offer which would have given them valuable stock options in a publicly traded medical/pharmaceutical company. Successfully demonstrated that the value plaintiffs actually received in the transaction was higher than the value of the stock options of the publicly traded company at the time of the transaction and that the subsequent decline in equity value was due to unforeseeable events post-closing.

Valued a pharmaceutical product moving off patent protection. Evaluated scenarios including generic entry and competitor response.

On behalf of major investment banks, provided consulting analyses in a number of Enron-related litigations. Our clients in these matters faced allegations by Enron shareholders, bondholders, and other parties that they allowed the company to mask its financial condition. Provided economic and financial analyses of issues related to structured finance, stock and bond valuation, damages, and solvency. Also examined the structure and payment history associated with prepaid commodity contracts in addition to swap agreements.

Analysis Group was retained by a private equity firm to address various allegations of breach of fiduciary duty, fraudulent conveyance, and other related issues involving a failed leveraged buyout. Supported our affiliate, who opined on issues related to solvency and goodwill writedowns. Also performed a detailed review of various bank accounts and financial records to verify flows of principal and interest repayments made in connection with loans advanced under a Credit Agreement with the Canadian Imperial Bank of Commerce (CIBC).

Managed a team supporting affiliate Stuart C. Gilson in a litigation matter on behalf of Chase Securities, in its capacity as private placement agent for CFS, a company that securitized credit card receivables. Analysis Group critiqued the opinion provided by the Trustee's expert that CFS was insolvent during a period of time where it was buying and securitizing the receivables.

Valued the equity of an airline cargo carrier operating within a large international cargo network. Performed both a discounted cash flow analysis as well a comparable public company analysis to derive multiples of EBIT, EBITDA, and revenue. Also at issue was the value of various financial benefits, including "put" and "call" options, received in various transactions involving the airways stock.

**Mergers and Acquisitions**

Provided economic consulting related to Air Products' hostile bid for Airgas. Analyses included an evaluation of the equity valuations performed by the parties, an evaluation of the Air Products offer prices, and an assessment of the reasonableness of the defensive measures taken by the Airgas board. Also provided support to expert Dean R. Glenn Hubbard of the Columbia Business School, who was deposed and testified at trial in the Delaware Court of Chancery.

Analysis Group was retained by counsel for Rohm and Haas in a dispute related to its acquisition by Dow. Worked with the Analysis Group team and our affiliate, a former Standard & Poor's executive, to

# Appendix A

analyze the financial implications of the proposed merger on Dow's creditworthiness, liquidity, and ability to raise capital. The expert was scheduled to deliver expert testimony in Delaware Chancery Court, but the matter settled shortly before the trial was to begin.

**Antitrust**

In a high-profile debate over the effects of market power in the online advertising market, provided analytical and empirical support to academic affiliate Susan Athey in the examination of the ways in which online search platforms compete for advertising, the analysis of the online advertising auction pricing mechanism, the ability to exert monopoly power over pricing in the relevant market, and the development of a framework to assess the effects of monopoly power on consumer surplus, output, and quality. Professor Athey testified before the Department of Justice on issues relating to competition among search advertising platforms.

Evaluated the economic harm to competition resulting from alleged deceptive practices in the standard setting process for subsea horizontal christmas trees. Demonstrated plaintiff's ability to exclude competition and raise price as a result of the failure to reveal its patents prior to the acceptance of the design as the industry standard.

Evaluated a damage claim of alleged price discrimination in a major pharmaceutical industry Robinson-Patman litigation. Analysis involved a critique of a theoretical economic model and the damage model used to quantify the alleged damages. Other tasks involved researching market trends, defining and calculating the incremental costs of operating chain store and grocery store pharmacies, and analyzing "non-discriminatory" prices for the industry.

Assisted a major magazine distributor in evaluating efficiency attributes and potential price discrimination issues resulting from a newly proposed pricing structure.

**Employment-Related Matters**

Provided analysis and testimony on damages in "raiding" claims as well as claims related to violations of non-compete and non-solicitation agreements.

In an employment related dispute, evaluated damages from the loss of stock options issued just prior to a company's Initial Public Offering. Determined a range of prices that knowledgeable investors would reasonably expect the price of common stock to trade following the IPO.

**Tax-Related Matters**

Valued the outbound transfer of intangible property from a parent company to its foreign subsidiary that was allegedly subject to IRS Section 367(d).

Valued a foreign subsidiary of a large investment bank in connection with an inquiry by the Internal Revenue Service.

Provided economic and financial analysis on behalf of GlaxoSmithKline in one of the longest running transfer pricing disputes with the Internal Revenue Service. Supported experts in the valuation of pharmaceutical drugs at various stages of development and sales cycle, the valuation of a sales and marketing team, and a study of merger and acquisition activity in the pharmaceutical industry.

Quantified the expected tax benefits relating to various research and development activities on behalf of a large airline.

## PUBLICATIONS

John D. Finnerty, Michael J. McAlister, and Maureen M. Chakraborty, "Calculating Damages in Broker Raiding Cases," Stanford Journal of Law, Business & Finance, Vol 11, no 2, Spring 2006, 261-297.

Lawrence Marsh, Maureen McGlynn, and Debopam Chakraborty, "Interpreting Non-Linear Models," Proceedings of the *19th Annual SAS Users Group International Conference*, 1994, 1185-1189.

## DEPOSITION TESTIMONY

James R. Thompson and Clifford Weiner v. ORIX USA Corporation, ORIX Capital Markets, LLC. (District Court of Dallas County, Texas)(2016)

Reach Commerce, LLC f/k/a Toddco, LLC, Toddco Management, LLC and David Todd Griffiths v. Cinsay, Inc.; Christian Briggs; James Roundtree; and Does 1-25. (District Court of Dallas County, Texas)(2015)

Denis Kaplan and Alan Liebowitz v. Old Mutual, PLC, et al. (United States District Court, Southern District of New York)(2015)

Higher Education Student Assistance Authority v. UBS Securities LLC, UBS Financial Services Inc., et al. (Superior Court of New Jersey, Mercer County Law Division)(2014)

Pittsburg SNF LLC, et al. v. Phamerica East, LLC, as successor in interest to Pharmaster, L.P., v. Pharmaster, L.P., Pharmaster GP, LLC, Peter Licari, Michael D'Arcangelo, William D. Jacobson, and David C. Milling, (United States District Court, Eastern District of Texas)(2012)

K.J. Egleston, individually and on behalf of all others similarly situated, v. Heartland Industrial Partners, L.P., an Delaware Limited Partnership , Heartland Industrial Associates, L.L.C., a Delaware limited company, David A. Stockman, J. Michael Stepp, and Bryce M. Koth; Mainstay High Yield Corporate Bond Fund, on behalf of itself and all others similarly situated v. Heartland Industrial Partners, L.P., an Delaware Limited Partnership , Heartland Industrial Associates, L.L.C., a Delaware limited company, David A. Stockman, J. Michael Stepp, Timothy D Leuliette, Daniel P. Tredwell, W. Gerald McConnell, Samuel Valenti, III, John A. Galante, Bryce M. Koth, Robert A. Krause, Gerald E. Jones, David R. Cosgrove, Elkin B. McCallum, Paul C. Barnaba, Thomas V. Gougherty, and Christopher M. Williams, (United States District Court, Eastern District of Michigan)(2009)

Casual Male Retail Group, Inc. and Casual Male RBT, LLC, v. Robert H. Yarbrough, RKC Mail LLC, d/b/a Mile Post Four, Westport Big & Tall Inc., Westport Big & Tall LLC, Matthew Mehling and Jay Allen, (United States District Court, District of Massachusetts)(2007)

Health Directions, Inc., v. Healthcare Purchasing Partners International, LLC, Paul Frazier, Doris Frazier, (Commonwealth of Kentucky, Fayette Circuit Court, 7th Division)(2003)

**Appendix A**

Electronic Data Systems Corporation v. Computer Freight Sales, Inc., et al. (United States District Court Eastern District of Texas, Sherman Division)(2000)

**TRIAL/ARBITRATION TESTIMONY**

United States of America v. David Riley, (United States District Court of New York, Southern District of New York)(2014)

Confidential FINRA Arbitration (2011)

Lumber Liquidators, Inc v. Kevin H. Sullivan (Arbitration Case Number 11 166 00490 10)(2010)

Citigroup Global Markets, Inc., d/b/a/ Smith Barney v. Peter F. Dunne, George A. Dunn, Lori Van Dusen, David Mattia, Bruce Wall, Winship Ross, Richard Vankuren, Jeffrey Wagner, Thomas Hawks, Jeffrey Santos, and, Douglas Smith (FINRA Arbitration No. 08-03123)(2010)

UBS Financial Services, Inc., Claimant vs. Timothy Flynn, Respondent. (FINRA Arbitration No. 08-04349)(2009)

Citigroup Global Markets, Inc., d/b/a/ Smith Barney v. James M. Hodges (FINRA Arbitration Case No. 09-01368)(2009)

Citigroup Global Markets, Inc., a New York Corporation, d/b/a Smith Barney v. James Potter; Eugene Brendan McCarthy, III; Brian W. Laughlin; Dennis W. Laughlin; and Stifel Nicolaus & Company, Inc. (National Association of Securities Dealers, Inc)(2007)

Casual Male Retail Group, Inc. and Casual Male RBT, LLC, v. Robert H. Yarbrough, RKC Mail LLC, d/b/a Mile Post Four, Westport Big & Tall Inc., Westport Big & Tall LLC, Matthew Mehling and Jay Allen. (United States District Court, District of Massachusetts)(2007)

Appendix B
Materials Considered

## Legal Filings

- Complaint, United States Securities and Exchange Commission v. Mathias Francisco Sandoval Herrera, et al., Case No. 1:17-cv-20301-JAL, January 24, 2017

## Expert Reports

- Expert Report of Gerard A. Guild, July 27, 2018
- Expert Report of Jose A. Santana, CPA, July 27, 2018

## Case Documents

- DT0044087
- DT0177030 - DT0177034
- DT0248906
- DT0390522 - DT0390703
- GCC 15874 - GCC15878
- GCC_002039191 - GCC_002039194
- GCC_002098544
- GCC_002180042 - GCC_002180047
- GCC-ANG_QV00024414 - GCC-ANG_QV00024427
- GCC-THI_000739866 - GCC-THI_000739870

## SEC Filings

- GCC, Form 10-K for the fiscal year ended December 31, 2007
- GCC, Form 10-K for the fiscal year ended December 31, 2008
- GCC, Form 10-K for the fiscal year ended December 31, 2009
- GCC, Form 10-K for the fiscal year ended December 31, 2010
- GCC, Form 10-K for the fiscal year ended December 31, 2011
- GCC, Form 10-K for the fiscal year ended December 31, 2012
- GCC, Form 10-K for the fiscal year ended December 31, 2013
- GCC, Form 10-K/A (Amendment No. 1) for the fiscal year ended December 31, 2011
- GCC, Form 10-K/A (Amendment No. 2) for the fiscal year ended December 31, 2011
- GCC, Form 10-K/A (Amendment No. 1) for the fiscal year ended December 31, 2012
- GCC, Form 10-Q for the quarterly period ended April 1, 2011
- GCC, Form 10-Q for the quarterly period ended July 1, 2011
- GCC, Form 10-Q for the quarterly period ended September 30, 2011
- GCC, Form 10-Q for the quarterly period ended March 30, 2012
- GCC, Form 10-Q for the quarterly period ended June 29, 2012
- GCC, Form 10-Q for the quarterly period ended September 28, 2012
- GCC, Form 10-Q for the quarterly period ended March 29, 2013
- GCC, Form 10-Q for the quarterly period ended June 28, 2013
- GCC, Form 10-Q for the quarterly period ended September 27, 2013
- GCC, Form 10-Q/A (Amendment No. 1) for the quarterly period ended March 30, 2012
- GCC, Form 10-Q/A (Amendment No. 1) for the quarterly period ended June 29, 2012
- GCC, Form 10-Q/A (Amendment No. 1) for the quarterly period ended March 29, 2013

### Appendix B
### Materials Considered

- GCC, Form 10-Q/A (Amendment No. 2) for the quarterly period ended March 30, 2012
- GCC, Form 10-Q/A (Amendment No. 2) for the quarterly period ended June 29, 2012
- GCC, Form 10-Q/A (Amendment No. 2) for the quarterly period ended September 28, 2012
- GCC, Form 8-K (SEC Accession No. 0001193125-13-399879), October 15, 2013
- GCC, Form 8-K (SEC Accession No. 0001193125-13-399014), October 15, 2013
- GCC, Form 8-K, October 31, 2011
- GCC, Form 8-K, February 8, 2012
- GCC, Form 8-K, April 30, 2012
- GCC, Form 8-K, July 30, 2012
- GCC, Form 8-K, October 29, 2012
- GCC, Form 8-K, July 31, 2013
- SEC filings for peer companies

### Analysts' Reports

- BB&T Capital Markets, "BGC: Good Q2 Results; Bad Q3 Guide; Encouraging But Peculiar Q4 Extrapolation," July 31, 2013
- BB&T Capital Markets, "BGC: Low Valuation on Low EPS Yields Opportunity," August 2, 2013
- BB&T Capital Markets, "BGC: Q3 Hurt Below the Line; Guidance Hurt by Mix," October 31, 2012
- CL King & Associates, "Initial Take - 2Q13 EPS Ahead of Expectations; FY13 Operating Income Outlook Reduced On Weaker 2H13," August 1, 2013
- CL King & Associates, "Updating FY12 and FY13 Estimates," December 13, 2012
- D.A. Davidson & Co., "Adjusting Estimates for Lower Outlook; BUY Rated on Longer-term View," August 1, 2013
- D.A. Davidson & Co., "Communicates Timeline on Q4 Results and Investigation Completion Prospects for 2013 Attractive, Remain BUY Rated," January 24, 2013
- D.A. Davidson & Co., "Morning Research Summary," October 31, 2012
- D.A. Davidson & Co., "Q2 Adjusted EPS Above Estimates Though Outlook Dims," August 1, 2013
- D.A. Davidson & Co., "Acquisitions and Other Investments to Benefit 2013; Maintain BUY," October 30, 2012
- KeyBanc Capital Markets, "BGC- QA: Head of ROW Segment Resigns; Restatement Not Expected to Be Material," November 16, 2012
- KeyBanc Capital Markets, "BGC: 3Q12 Results Slightly Lower, Long-Term Catalysts Outweigh Headwinds," October 29, 2012
- KeyBanc Capital Markets, "Morning Meeting Notes," October 30, 2012

### Academic and Industry Publications

- A. Craig MacKinlay, "Event Studies in Economics and Finance," Journal of Economic Literature, Vol. 35, No. 1, March 1997, pp. 13 - 39
- Clyde B. Stickney, et al., *Financial Reporting, Financial Statement Analysis, and Valuation: A Strategic Perspective* (6th edition), Thomson South-Western, 2007, Chapter 5
- Edward I. Altman and Edith Hotchkiss, *Corporate Financial Distress and Bankruptcy* (3rd edition), John Wiley & Sons, Inc., 2006, Chapter 11
- Frank J. Fabozzi and Steven V. Mann, *The Handbook of Fixed Income Securities* (8th edition), McGraw-Hill, 2012, Chapter 43

**Appendix B**
**Materials Considered**

- Frank J. Fabozzi, *The Handbook of Fixed Income Securities* (6th edition), McGraw-Hill, 2001, Chapter 19
- Janet Cooper Alexander, "The Value of Bad News in Securities Class Actions," UCLA Law Review, Vol. 41, August 1994, pp. 1421-1469
- John Campbell, Andrew Lo, and A. Craig MacKinlay, *The Econometrics of Financial Markets* (2nd edition), Princeton University Press, 1997, Chapter 4
- Mark L. Mitchell and Jeffrey M. Netter, "The Role of Financial Economics in Securities Fraud Cases: Applications at the Securities and Exchange Commission," The Business Lawyer, Vol. 49, February 1994, pp. 545 - 590
- Richard A. Brealey, et al., *Principles of Corporate Finance* (9th edition), McGraw-Hill, 2008, Chapter 29

**Other Publicly Available Documents**

- Jon Newberry, "General Cable to restate financial results," Cincinnati Business Courier, October 30, 2012
- Moody's Investors Service, "Rating Action: Moody's affirms General Cable's Ba3 CFR; lowers speculative grade liquidity rating to SGL-2; changes rating outlook to negative," August 15, 2013
- Moody's Investors Service, "Rating Action: Moody's assigns B1 rating to General Cable's proposed senior unsecured notes; upgrades liquidity rating; revises outlook to stable," September 17, 2012
- Prysmian Press Release, "Prysmian Completes Acquisition of General Cable," June 6, 2018, available at https://www.prysmiangroup.com/sites/default/files/corporate/media/downloads/pdf/press-releases/PR_PG_GC_Closing_ENG_0.pdf

**Data Sources**

- Bloomberg, L.P.
- S&P Capital IQ
- Factiva
- SEC, "EDGAR: Company Filings," available at https://www.sec.gov/edgar/searchedgar/companysearch.html

## APPENDIX C
## EVENT STUDY METHODOLOGY

An event study is a statistical model that relates movements in a company's stock price to movements in the overall market and the industry in which the company operates.  The model allows me to determine if a movement in a company's stock price in response to news (such as an earnings disclosure) is economically material (that is, the movement cannot be explained by market or industry factors, or by random chance) by measuring the statistical significance of the price movement.  Event studies are widely used by economists to infer the amount of price inflation in a stock caused by an alleged omission or misstatement of information.[1]

An event study consists of multiple steps.[2]  The first step is to identify the set of events at issue.  Identifying events requires a qualitative review of relevant news, which in this case would include disclosures and SEC filings related to the financial impact of the inventory accounting errors.

The second step is to develop a regression model that quantifies the price reaction of the security to the at-issue event(s).  A regression is a statistical technique that measures the extent to which changes in the value of a particular variable (*i.e.,* the "dependent variable") are attributable to changes in the values of other variables (*i.e.*, the "independent variables").  In this case, the dependent variable is GCC's stock price returns, and the independent variables are the returns of the overall market and industry peers.  The regression also excludes days where there

---

[1]   *See, for example,* Janet Alexander, "The Value of Bad News in Securities Class Actions," *UCLA Law Review*, Vol. 41, August 1994, 1421-1469; A. Craig MacKinlay, "Event Studies in Economics and Finance," *Journal of Economic Literature*, Vol. 35, No. 1, March 1997, pp. 13 - 39; and Mark L. Mitchell and Jeffrey M. Netter, "The Role of Financial Economics in Securities Fraud Cases: Applications at the Securities and Exchange Commission," *The Business Lawyer*, Vol. 49, February 1994, pp. 545 - 590.

[2]   John Campbell, Andrew Lo, and A. Craig MacKinlay, *The Econometrics of Financial Markets*, Chapter 4, Second edition, Princeton University Press, 1997.

is company specific news, such as earnings releases, so that a normal relationship can be established.

The regression model estimates coefficients that are used to predict stock price movements.  The "predicted return" on each trading date is the portion of the stock price movement that is explained by market-specific and industry-specific factors.  The "abnormal return" on each trading date is the difference between the actual stock price return and the predicted return.

The final step is to test the hypothesis that the abnormal return is statistically significantly different from zero.  A statistically significant abnormal return means that the return cannot be explained by the market, the industry, and/or the stock's normal levels of volatility.  In the context of a stock price impact, if the abnormal return following an alleged correction of misstated or omitted information is *not statistically significant*, then there is no evidence that the alleged misrepresentation was economically material to a reasonable investor.

### A.  Event Study Regression

#### 1.  *Regression Model Specifications*

I use an event study regression to isolate the portion of GCC's stock returns that cannot be attributed to market and industry movements.  Using a market model, I regress GCC's stock returns on: (i) a constant term, (ii) the returns of the overall stock market, and (iii) the returns of companies with similar operations.  I use the S&P 500 Total Returns Index to control for overall market effects.  To measure for industry movements, I construct an equal-weighted index of four U.S. companies that are considered by market participants to be comparable to GCC: Beldin, Inc.

2

(NYSE: BDC); Hubbell Incorporated (NYSE: HUBB); Anixter International (NYSE: AXE); and Encore Wire Corporation (NASDAQ: WIRE).[3]

I use indicator variables to control for dates with company specific news, each of which takes a value of one on the event date and zero otherwise.  See **Appendix C.1** for a list of event dates.[4]  The estimated coefficients of the indicator variables are the abnormal returns on those dates.

### 2. Event Study Regression

I used the Ordinary Least Squares ("OLS") technique to perform an event study regression estimating the relationship between GCC's stock returns and returns of the market and industry indices over a specific regression control period.  In this instance, I use data from the 12-month period September 1, 2011 to August 31, 2012 as the control period to estimate the model.

Using the results of the regression, I test the statistical significance of the abnormal returns on each event date in the control period, as well as the events at issue that occur outside of the control period.  I use the commonly accepted 95 percent statistical confidence level to test for statistical significance.  If the abnormal return on a given day is not statistically significant, that means I observe no measurable difference between the stock price return on that day and the

---

[3]   I selected a set of potential peers as those identified in General Cable's annual financial statements and in analyst reports covering General Cable.  I excluded as peers any companies that were not listed on a U.S. stock exchange or whose business model was not comparable to that of General Cable.  I also conducted the event study using an alternative peer index that included four additional foreign companies: Prysmian S.p.A (Borsa Italiana: PRY); Nexans S.A. (Euronext Paris: NEX); Sumitomo Electric Industries, Ltd. (Tokyo Stock Exchange: 5802); and Furukawa Electric Co., Ltd. (Tokyo Stock Exchange: 5801).  Including the foreign company peers in the index did not change the results of my analysis.

[4]   For each event, the Market Date represents the earliest NYSE trading day for which market hours concluded after public disclosure of the event.  Timing of SEC filings is based on the filing's "accepted" time, as reported on the SEC's "EDGAR" website.  (*See*, SEC, "EDGAR: Company Filings," available at https://www.sec.gov/edgar/searchedgar/companysearch.html.)

stock price return predicted by market and industry movements.  If the abnormal return is statistically significant, that means the difference between the predicted and the actual return cannot be explained solely by the stock's volatility.

**Appendix C.2** summarizes the results of the regression, including the regression coefficients and statistical significance of each event date.

**Appendix C.1**
**General Cable Corporation Selected Events for Use in Event Study**

| Event Date | Market Date | Event Description |
|---|---|---|
| Monday, October 31, 2011 | Tuesday, November 1, 2011 | Announcement of 2011 Q3 earnings results |
| Wednesday, February 8, 2012 | Thursday, February 9, 2012 | Announcement of 2011 Q4 earnings results |
| Monday, April 30, 2012 | Tuesday, May 1, 2012 | Announcement of 2012 Q1 earnings results |
| Monday, July 30, 2012 | Tuesday, July 31, 2012 | Announcement of 2012 Q2 earnings results |
| Monday, October 29, 2012 | Wednesday, October 31, 2012 | Announcement of preliminary 2012 Q3 earnings results; Disclosure of inventory-related accounting errors and upcoming restatements of financial statements for FY 2008 - FY 2011, 2012 Q1, and 2012 Q2 |
| Friday, March 1, 2013 | Friday, March 1, 2013 | Financial statements filed for FY 2012 and 2012 Q3; Restated financial statements filed for FY 2008 - FY 2011, 2012 Q1, and 2012 Q2 |
| Wednesday, July 31, 2013 | Thursday, August 1, 2013 | Disclosure of potential accounting adjustments to prior financial statements related to value added tax in Brazil |
| Tuesday, October 15, 2013 | Tuesday, October 15, 2013 | Update regarding value added tax accounting adjustments; Disclosure of accounting errors related to bill and hold transactions and upcoming restatements of financial statements for FY 2008 - FY 2012 and 2013 Q1 earnings results |
| Tuesday, January 21, 2014 | Tuesday, January 21, 2014 | Financial statements filed for 2013 Q2 and 2013 Q3; Restated financial statements filed for FY 2008 - FY 2012, 2012 Q1, 2012 Q2, 2012 Q3, and 2013 Q1 |

**Notes:**

(a) For each event, the Market Date represents the earliest trading day for which market hours concluded following public disclosure of the event.  Timing of SEC filings is based on the filing time, as reported on the SEC's "EDGAR" website.

(b) The NYSE was closed on October 29, 2012 and October 30, 2012 due to Hurricane Sandy.

(c) The initial year-end financial statement for FY 2012 was filed after trading hours on March 1, 2013.

**Sources:**

(1) SEC, "EDGAR: Company Filings," available at https://www.sec.gov/edgar/searchedgar/companysearch.html.

(2) GCC, Form 8-K, October 31, 2011.

(3) GCC, Form 8-K, February 8, 2012.

(4) GCC, Form 8-K, April 30, 2012.

(5) GCC, Form 8-K, July 30, 2012.

(6) GCC, Form 8-K, October 29, 2012.

(7) GCC, Form 10-K/A (Amendment No. 1) for the fiscal year ended December 31, 2011.

(8) GCC, Form 10-Q/A (Amendment No. 1) for the quarterly period ended March 30, 2012.

(9) GCC, Form 10-Q/A (Amendment No. 1) for the quarterly period ended June 29, 2012.

(10) GCC, Form 10-Q for the quarterly period ended September 28, 2012.

(11) GCC, Form 10-K for the fiscal year ended December 31, 2012.

(12) GCC, Form 8-K, July 31, 2013.

(13) GCC, Form 8-K (SEC Accession No. 0001193125-13-399014), October 15, 2013.

(14) GCC, Form 10-K/A (Amendment No. 2) for the fiscal year ended December 31, 2011.

(15) GCC, Form 10-Q/A (Amendment No. 2) for the quarterly period ended March 30, 2012.

(16) GCC, Form 10-Q/A (Amendment No. 2) for the quarterly period ended June 29, 2012.

(17) GCC, Form 10-Q/A (Amendment No. 2) for the quarterly period ended September 28, 2012.

(18) GCC, Form 10-K/A (Amendment No. 1) for the fiscal year ended December 31, 2012.

(19) GCC, Form 10-Q/A (Amendment No. 1) for the quarterly period ended March 29, 2013.

(20) GCC, Form 10-Q for the quarterly period ended June 28, 2013.

(21) GCC, Form 10-Q for the quarterly period ended September 27, 2013.

**Appendix C.2**
**General Cable Corporation ("GCC") Event Study Regression Analysis Results**

*GCC Return = α + β$_1$ Market Return + β$_2$ Peer Index +  **δ Event Date Indicators**  + ε*
*Control Period:  September 1, 2011 - August 31, 2012*

| Variable | Estimate | *t*-Stat | *p*-Value |
|---|---|---|---|
| Intercept | -0.001 | -1.069 | 0.286 |
| S&P 500 Market Return | 1.052 *** | 4.691 | <0.001 |
| 4-Company Peer Index | 0.853 *** | 6.414 | <0.001 |
| **Event Date Indicators:** | | | |
| *Dates of Events during Control Period:* | | | |
| November 1, 2011 | -0.168 *** | -9.060 | <0.001 |
| February 9, 2012 | -0.043 ** | -2.320 | 0.021 |
| May 1, 2012 | 0.097 *** | 5.335 | <0.001 |
| July 31, 2012 | -0.034 * | -1.856 | 0.065 |
| *Dates of Events At Issue:* | | | |
| October 31, 2012 | -0.053 *** | -2.897 | 0.004 |
| March 1, 2013 | -0.018 | -0.971 | 0.332 |
| August 1, 2013 | 0.014 | 0.756 | 0.451 |
| October 15, 2013 | -0.026 | -1.413 | 0.159 |
| January 21, 2014 | 0.003 | 0.158 | 0.874 |

**Notes:**

(a)  *** indicates statistical significance at the 1% significance level; ** at the 5% level; and * at the 10% level.

(b)  The regression is estimated on data for the dates in the control period (September 1, 2011 to August 31, 2012) as well as data for the dates after the control period for which there are event indicator variables.

(c)  All daily returns in the regression analysis are logarithmic.

(d)  GCC's peer group consists of the following companies: Belden, Inc. (NYSE: BDC); Hubbell Incorporated (NYSE: HUBB); Anixter International (NYSE: AXE); Encore Wire Corporation (NASDAQ: WIRE).  The peer group index is constructed using equal-weighted daily stock returns from these four companies.

(e)  R$^2$ Adjusted (without inclusion of the Event Date Indicators and corresponding data for those dates) is 0.72.

(f)  *See*  Appendix C and C.1 for a more detailed discussion of the event study methodology and selection of event dates.

**Sources:**

(1)  Bloomberg L.P.

(2)  Appendix C.

(3)  Appendix C.1.

**Appendix D**
**Gross Profit Margin Before and After Adjusting for Inventory Accounting Errors Disclosed on October 29, 2012**

| | | FY 2008[1)(e)] | FY 2009[1)(e)] | FY 2010[1)] | FY 2011[2)] | Q1 - Q2 2012[3)] | Total[d)] |
|---|---|---|---|---|---|---|---|
| *As Reported:* | | | | | | | |
| Revenue | [1] | $6,230.10 | $4,385.20 | $4,864.90 | $5,866.70 | $2,910.60 | $24,257.50 |
| COGS[e)] | [2] | $5,449.60 | $3,865.70 | $4,310.90 | $5,241.10 | $2,586.40 | $21,453.70 |
| Gross Profit | [3]=[1]−[2] | $780.50 | $519.50 | $554.00 | $625.60 | $324.20 | $2,803.80 |
| Gross Profit Margin | [4]=[3]/[1] | 12.53% | 11.85% | 11.39% | 10.66% | 11.14% | **11.56%** |
| | | | | | | | |
| *As Adjusted for Inventory Accounting Errors:* | | | | | | | |
| Revenue | [1] | $6,230.10 | $4,385.20 | $4,864.90 | $5,866.70 | $2,910.60 | $24,257.50 |
| COGS[e)] | [2] | $5,449.60 | $3,865.70 | $4,310.90 | $5,241.10 | $2,586.40 | $21,453.70 |
| Estimated Adjustment to COGS[f)(4)] | [5] | $6.20 | $8.60 | $5.70 | $17.30 | $3.50 | $41.30 |
| Estimated Adjusted COGS | [6]=[2]+[5] | $5,455.80 | $3,874.30 | $4,316.60 | $5,258.40 | $2,589.90 | $21,495.00 |
| Estimated Adjusted Gross Profit | [7]=[1]−[6] | $774.30 | $510.90 | $548.30 | $608.30 | $320.70 | $2,762.50 |
| Estimated Adjusted Gross Profit Margin | [8]=[7]/[1] | 12.43% | 11.65% | 11.27% | 10.37% | 11.02% | **11.39%** |

**Notes:**

(a) General Cable reported estimated adjustments to COGS for the FY 2008 to Q2 2012 period in the Company's Form 8-K filed October 29, 2012.

(b) All dollar amounts are in millions.

(c) Effective January 1, 2010, the Company changed its method of accounting for its North American inventories and non-North American metal inventories. When applied to FY 2008 and FY 2009 COGS, this new methodology yields slightly different results than those originally reported. The values in this table reflect adjusted FY 2008 and FY 2009 COGS using the new methodology.

(d) Total is the sum across the period from FY 2008 to Q2 2012.

(e) COGS appears as "Cost of sales" in Company Filings.

(f) Estimated Adjustment to COGS reflects Company estimates as of October 29, 2012, prior to any official adjustment.

**Sources:**

(1) GCC, Form 10-K for the fiscal year ended December 31, 2010, p. 35.

(2) GCC, Form 10-K for the fiscal year ended December 31, 2011, p. 26.

(3) GCC, Form 10-Q for the quarterly period ended June 29, 2012, p. 3.

(4) GCC, Form 8-K, October 29, 2012.

**Appendix E.1**
**Working Capital to Total Assets Ratio**
**2008-2012**

| | | As of December 31 | | | | As of |
|---|---|---|---|---|---|---|
| | | **2008** | **2009** | **2010** | **2011** | **June 29, 2012** |
| **As Reported** | | | | | | |
| Current Assets[(1)(2)(3)(4)] | [1] | | 2,552.7 | 2,805.7 | 2,887.1 | 3,056.2 |
| Current Liabilities[(1)(2)(3)(4)] | [2] | | 1,177.4 | 1,420.2 | 1,522.8 | 1,588.9 |
| Working Capital[(2)(b)] | [3]=[1]-[2] | 1,208.6 | 1,375.3 | 1,385.5 | 1,364.3 | 1,467.3 |
| Total Assets[(3)(4)] | [4] | 3,987.9 | 4,014.1 | 4,327.7 | 4,370.4 | 4,512.5 |
| Intangible Assets[(1)(2)(3)(4)] | [5] | 201.8 | 197.6 | 199.6 | 181.6 | 179.5 |
| Goodwill[(1)(2)(3)(4)] | [6] | 171.9 | 157.4 | 174.9 | 164.9 | 165.0 |
| Total Assets Excluding Intangibles | [7]=[4]-[5]-[6] | 3,614.2 | 3,659.1 | 3,953.2 | 4,023.9 | 4,168.0 |
| Working Capital to Total Assets Ratio | [8]=[3]/[7] | 33.44% | 37.59% | 35.05% | 33.90% | 35.20% |
| **As Corrected** | | | | | | |
| Working Capital | [3]=[1]-[2] | 1,208.6 | 1,375.3 | 1,385.5 | 1,364.3 | 1,467.3 |
| Estimated Adjustment to Inventory[(5)] | [9] | 8.0 | 19.5 | 26.6 | 39.0 | 39.8 |
| Estimated Adjusted Working Capital | [10]=[3]-[9] | 1,200.6 | 1,355.8 | 1,358.9 | 1,325.3 | 1,427.5 |
| Total Assets Excluding Intangibles | [7]=[4]-[5]-[6] | 3,614.2 | 3,659.1 | 3,953.2 | 4,023.9 | 4,168.0 |
| Estimated Adjustment to Inventory[(5)] | [9] | 8.0 | 19.5 | 26.6 | 39.0 | 39.8 |
| Estimated Adjusted Total Assets Excluding Intangibles | [11]=[7]-[9] | 3,606.2 | 3,639.6 | 3,926.6 | 3,984.9 | 4,128.2 |
| Estimated Adjusted Working Capital to Total Assets Ratio | [12]=[10]/[11] | 33.29% | 37.25% | 34.61% | 33.26% | 34.58% |
| **Ratio Percentage Point Change** | [13]=[12]-[8] | **(0.15)** | **(0.33)** | **(0.44)** | **(0.65)** | **(0.62)** |
| **Ratio % Change** | [14]=[12]/[8]-1 | **(0.44%)** | **(0.89%)** | **(1.26%)** | **(1.91%)** | **(1.77%)** |

**Notes:**
(a)  All figures are in millions of dollars.
(b)  2008 Working Capital is from GCC, Form 10-K for the fiscal year ended December 31, 2010, p. 27.  Working Capital is calculated for all other time periods.
(c)  Effective January 1, 2010, the Company changed its method of accounting for its North American inventories and non-North American metal inventories.  This new methodology yields slightly different results than those originally reported for some items.  The values in this table reflect adjusted FY 2008 and FY 2009 numbers using the new methodology.

**Sources**:
(1)  GCC, Form 10-K for the fiscal year ended December 31, 2009, p. 62.
(2)  GCC, Form 10-K for the fiscal year ended December 31, 2010, pp. 27, 61.
(3)  GCC, Form 10-K for the fiscal year ended December 31, 2011, pp. 24, 55.
(4)  GCC, Form 10-Q for the quarterly period ended June 29, 2012, p. 4.
(5)  GCC, Form 8-K, October 29, 2012.

**Appendix E.2**
**Retained Earnings to Total Assets Ratio**
**2008-2012**

| | | As of December 31 | | | | As of |
| --- | --- | --- | --- | --- | --- | --- |
| | | **2008** | **2009** | **2010** | **2011** | **June 29, 2012** |
| **As Reported** | | | | | | |
| Retained Earnings[(1)(2)(3)(7)(b)] | [1] | 597.9 | 806.1 | 875.3 | 959.1 | 1,005.8 |
| Total Assets[(3)(7)] | [2] | 3,987.9 | 4,014.1 | 4,327.7 | 4,370.4 | 4,512.5 |
| Intangible Assets[(1)(2)(3)(7)] | [3] | 201.8 | 197.6 | 199.6 | 181.6 | 179.5 |
| Goodwill[(1)(2)(3)(7)] | [4] | 171.9 | 157.4 | 174.9 | 164.9 | 165.0 |
| Total Assets Excluding Intangibles | [5]=[2]-[3]-[4] | 3,614.2 | 3,659.1 | 3,953.2 | 4,023.9 | 4,168.0 |
| Retained Earnings to Total Assets Ratio | [6]=[1]/[5] | 16.54% | 22.03% | 22.14% | 23.84% | 24.13% |
| **As Corrected** | | | | | | |
| Retained Earnings[(1)(2)(3)(7)(a)] | [1] | 597.9 | 806.1 | 875.3 | 959.1 | 1,005.8 |
| Total Estimated Adjustment to Cost of Sales[(8)] | [7] | 6.2 | 14.8 | 20.5 | 37.8 | 41.3 |
| Effective Tax Rate[(2)(3)(4)(5)(6)(7)(c)] | [8] | 34.5% | 34.0% | 38.5% | 34.1% | 35.6% |
| Retained Earnings Adjustment | [9]=[7]x(1-[8]) | 4.1 | 9.8 | 12.6 | 24.9 | 26.6 |
| Estimated Adjusted Retained Earnings | [10]=[1]-[9] | 593.8 | 796.3 | 862.7 | 934.2 | 979.2 |
| Total Assets Excluding Intangibles | [5]=[2]-[3]-[4] | 3,614.2 | 3,659.1 | 3,953.2 | 4,023.9 | 4,168.0 |
| Estimated Adjustment to Inventory[(8)] | [11] | 8.0 | 19.5 | 26.6 | 39.0 | 39.8 |
| Estimated Adjusted Total Assets | [12]=[5]-[11] | 3,606.2 | 3,639.6 | 3,926.6 | 3,984.9 | 4,128.2 |
| Estimated Adjusted Retained Earnings to Total Assets Ratio | [13]=[10]/[12] | 16.47% | 21.88% | 21.97% | 23.44% | 23.72% |
| **Ratio Percentage Point Change** | [14]=[13]-[6] | **(0.08)** | **(0.15)** | **(0.17)** | **(0.39)** | **(0.41)** |
| **Ratio % Change** | [15]=[13]/[6]-1 | **(0.46%)** | **(0.68%)** | **(0.77%)** | **(1.64%)** | **(1.70%)** |

**Notes:**

(a)  All figures are in millions of dollars.

(b)  Retained earnings in each period is after accounting for net income.  Retained earnings does not include other comprehensive income or loss due to foreign currency translation adjustments, pension adjustments, change in fair value of derivatives, and company deferred stock held in rabbi trust.

(c)  Effective tax rate for 2011 Q3 to 2012 Q2 is weighted average of quarterly tax rates weighted by Total Estimated Adjustment to Cost of Sales.

(d)  Effective January 1, 2010, the Company changed its method of accounting for its North American inventories and non-North American metal inventories.  This new methodology yields slightly different results than those originally reported for some items.  The values in this table reflect adjusted FY 2008 and FY 2009 numbers using the new methodology.

**Sources**:

(1)  GCC, Form 10-K for the fiscal year ended December 31, 2009, p. 62.

(2)  GCC, Form 10-K for the fiscal year ended December 31, 2010, pp. 42, 61.

(3)  GCC, Form 10-K for the fiscal year ended December 31, 2011, pp. 24, 29, 55.

(4)  GCC, Form 10-Q for the quarterly period ended September 30, 2011, p. 41.

(5)  GCC, Form 8-K, February 8, 2012.

(6)  GCC, Form 10-Q for the quarterly period ended March 30, 2012, p. 38.

(7)  GCC, Form 10-Q for the quarterly period ended June 29, 2012, pp. 4, 42.

(8)  GCC, Form 8-K, October 29, 2012.

**Appendix E.3**
**Earnings Before Interest and Taxes to Total Assets Ratio**
**2008-2012**

| | | FY 2008 | FY 2009 | FY 2010 | FY 2011 | 2011 Q3 to 2012 Q2 |
|---|---|---|---|---|---|---|
| **As Reported** | | | | | | |
| Operating Income[3)(4)(5)(6)(7)(b)] | [1] | 399.5 | 179.9 | 222.4 | 248.0 | 221.1 |
| Total Assets[3)(7)(9)] | [2] | 3,987.9 | 4,014.1 | 4,327.7 | 4,370.4 | 4,512.5 |
| Intangible Assets[1)(2)(3)(7)(8)(9)] | [3] | 201.8 | 197.6 | 199.6 | 181.6 | 179.5 |
| Goodwill[1)(2)(3)(7)(8)(9)] | [4] | 171.9 | 157.4 | 174.9 | 164.9 | 165.0 |
| Total Assets Excluding Intangibles | [5]=[2]-[3]-[4] | 3,614.2 | 3,659.1 | 3,953.2 | 4,023.9 | 4,168.0 |
| Average Total Assets Excluding Intangibles[c)] | [6] | 3,606.7 | 3,636.7 | 3,806.2 | 3,988.6 | 4,316.9 |
| EBIT to Total Assets | [7]=[1]/[6] | 11.08% | 4.95% | 5.84% | 6.22% | 5.12% |
| **As Corrected** | | | | | | |
| Operating Income[3)(4)(5)(6)(7)(b)] | [1] | 399.5 | 179.9 | 222.4 | 248.0 | 221.1 |
| Estimated Adjustment to Cost of Sales[10)(d)] | [8] | 6.2 | 8.6 | 5.7 | 17.3 | 12.2 |
| Estimated Adjusted Operating Income | [9]=[1]+[8] | 393.3 | 171.3 | 216.7 | 230.7 | 209.0 |
| Total Assets Excluding Intangibles | [5]=[2]-[3]-[4] | 3,614.2 | 3,659.1 | 3,953.2 | 4,023.9 | 4,168.0 |
| Estimated Adjustment to Inventory[10)(d)] | [10] | 8.0 | 19.5 | 26.6 | 39.0 | 39.8 |
| Estimated Adjusted Total Assets Excluding Intangibles | [11]=[5]-[10] | 3,606.2 | 3,639.6 | 3,926.6 | 3,984.9 | 4,128.2 |
| Average Estimated Adjusted Total Assets Excluding Intangibles[c)] | [12] | 3,602.7 | 3,622.9 | 3,783.1 | 3,955.8 | 4,280.6 |
| Estimated Adjusted EBIT to Total Assets | [13]=[9]/[12] | 10.92% | 4.73% | 5.73% | 5.83% | 4.88% |
| **Ratio Percentage Point Change** | [14]=[13]-[7] | **(0.16)** | **(0.22)** | **(0.12)** | **(0.39)** | **(0.24)** |
| **Ratio % Change** | [15]=[13]/[7] | **(1.44%)** | **(4.42%)** | **(1.97%)** | **(6.20%)** | **(4.69%)** |

**Notes:**

(a)  All figures are in millions of dollars.

(b)  Operating income excludes "other" income and expenses, which consist primarily of foreign currency gains and losses.

(c)  Average total assets is the average of total assets at the beginning and end of period.

(d)  Estimated Adjustments to Cost of Sales for 2011 Q3 and 2011 Q4 are estimated by dividing the Estimated Adjustment to Cost of Sales for 2011 by four.  Estimated Adjustment to Inventory as of the beginning of 2011 Q3 is estimated as the average of Estimated Adjustment to Inventory as of the end of 2010 and as of the end of 2011.

(e)  Effective January 1, 2010, the Company changed its method of accounting for its North American inventories and non-North American metal inventories.  This new methodology yields slightly different results than those originally reported for some items.  The values in this table reflect adjusted FY 2008 and FY 2009 numbers using the new methodology.

**Sources:**

(1)  GCC, Form 10-K for the fiscal year ended December 31, 2009, p. 62.

(2)  GCC, Form 10-K for the fiscal year ended December 31, 2010, p. 61.

(3)  GCC, Form 10-K for the fiscal year ended December 31, 2011, pp. 24, 55.

(4)  GCC, Form 10-Q for the quarterly period ended September 30, 2011, pp. 3-4.

(5)  GCC, Form 8-K, February 8, 2012.

(6)  GCC, Form 10-Q for the quarterly period ended March 30, 2012, pp. 3-4.

(7)  GCC, Form 10-Q for the quarterly period ended June 29, 2012, pp. 3, 5.

(8)  GCC, Form 10-K for the fiscal year ended December 31, 2007, p. 72.

(9)  GCC, Form 10-Q for the quarterly period ended July 1, 2011, p. 4.

(10)  GCC, Form 8-K, October 29, 2012.

**Appendix E.4**
**Market Value of Equity to Total Liabilities**
**2008-2012**

| | | As of December 31 | | | | As of |
| | | **2008** | **2009** | **2010** | **2011** | **June 29, 2012** |
|---|---|---|---|---|---|---|
| **As Reported[(b)]** | | | | | | |
| Number of Shares Outstanding (millions)[(1)(3)(4)] | [1] | 51.8 | 52.0 | 52.1 | 49.7 | 49.8 |
| Stock Price[(5)] | [2] | 17.69 | 29.42 | 35.09 | 25.01 | 25.94 |
| Market Value of Equity[(b)] | [3]=[1]x[2] | 915.9 | 1,530.1 | 1,828.8 | 1,242.9 | 1,291.1 |
| Total Liabilities[(2)(3)(4)] | [4] | 2,847.3 | 2,504.3 | 2,722.4 | 2,858.5 | 2,965.0 |
| Market Value of Equity to Total Liabilities Ratio | [5]=[3]/[4] | 32.17% | 61.10% | 67.17% | 43.48% | 43.54% |

**Notes:**

(a) Figures are in millions of dollars except for shares outstanding and stock price.

(b) The financial impact of the disclosed inventory accounting errors did not have a measurable impact on GCC's stock price.  As a result, the October 29, 2012 disclosure would not have impacted the Market Value of Equity to Total Liabilities Ratio.

(c) methodology yields slightly different results than those originally reported for some items.  The values in this table reflect adjusted FY 2008 and FY 2009 numbers using the new methodology.

**Sources**:

(1) GCC, Form 10-K for the fiscal year ended December 31, 2009, p. 62.
(2) GCC, Form 10-K for the fiscal year ended December 31, 2010, p. 61.
(3) GCC, Form 10-K for the fiscal year ended December 31, 2011, pp. 24, 55.
(4) GCC, Form 10-Q for the quarterly period ended June 29, 2012, p. 4.
(5) Bloomberg L.P.

**Appendix E.5**
**Revenue to Total Assets**
**2008-2012**

| | | FY 2008 | FY 2009 | FY 2010 | FY 2011 | 2011 Q3 to 2012 Q2 |
|---|---|---|---|---|---|---|
| **As Reported** | | | | | | |
| Revenue[(3)(4)(5)(6)(7)] | [1] | 6,230.1 | 4,385.2 | 4,864.9 | 5,866.7 | 5,797.5 |
| Total Assets[(3)(7)(9)] | [2] | 3,987.9 | 4,014.1 | 4,327.7 | 4,370.4 | 4,512.5 |
| Intangible Assets[(1)(2)(3)(7)(8)(9)] | [3] | 201.8 | 197.6 | 199.6 | 181.6 | 179.5 |
| Goodwill[(1)(2)(3)(7)(8)(9)] | [4] | 171.9 | 157.4 | 174.9 | 164.9 | 165.0 |
| Total Assets Excluding Intangibles | [5]=[2]-[3]-[4] | 3,614.2 | 3,659.1 | 3,953.2 | 4,023.9 | 4,168.0 |
| Average Total Assets Excluding Intangibles[(b)] | [6] | 3,606.7 | 3,636.7 | 3,806.2 | 3,988.6 | 4,316.9 |
| Revenue to Total Assets | [7]=[1]/[6] | 1.73x | 1.21x | 1.28x | 1.47x | 1.34x |
| **As Corrected** | | | | | | |
| Revenue[(3)(4)(5)(6)(7)] | [1] | 6,230.1 | 4,385.2 | 4,864.9 | 5,866.7 | 5,797.5 |
| Total Assets Excluding Intangibles | [5]=[2]-[3]-[4] | 3,614.2 | 3,659.1 | 3,953.2 | 4,023.9 | 4,168.0 |
| Estimated Adjustment to Inventory[(10)(c)] | [8] | 8.0 | 19.5 | 26.6 | 39.0 | 39.8 |
| Estimated Adjusted Total Assets Excluding Intangibles | [9]=[5]-[8] | 3,606.2 | 3,639.6 | 3,926.6 | 3,984.9 | 4,128.2 |
| Average Estimated Adjusted Total Assets Excluding Intangibles[(b)] | [10] | 3,602.7 | 3,622.9 | 3,783.1 | 3,955.8 | 4,280.6 |
| Estimated Adjusted Revenue to Total Assets | [11]=[1]/[10] | 1.73x | 1.21x | 1.29x | 1.48x | 1.35x |
| **Ratio Change** | [12]=[11]-[7] | **0.00x** | **0.00x** | **0.01x** | **0.01x** | **0.01x** |
| **Ratio % Change** | [13]=[11]/[7] | **0.11%** | **0.38%** | **0.61%** | **0.83%** | **0.85%** |

Notes:

(a) All figures are in millions of dollars.

(b) Average total assets is the average of total assets at the beginning and end of period.

(c) Estimated Adjustments to Cost of Sales for 2011 Q3 and 2011 Q4 are estimated by dividing the Estimated Adjustment to Cost of Sales for 2011 by four. Estimated Adjustment to Inventory as of the beginning of 2011 Q3 is estimated as the average of Estimated Adjustment to Inventory as of the end of 2010 and as of the end of 2011.

(d) Effective January 1, 2010, the Company changed its method of accounting for its North American inventories and non-North American metal inventories. This new methodology yields slightly different results than those originally reported for some items. The values in this table reflect adjusted FY 2008 and FY 2009 numbers using the new methodology.

Sources:

(1) GCC, Form 10-K for the fiscal year ended December 31, 2009, p. 62.
(2) GCC, Form 10-K for the fiscal year ended December 31, 2010, p. 61.
(3) GCC, Form 10-K for the fiscal year ended December 31, 2011, pp. 24, 54-55.
(4) GCC, Form 10-Q for the quarterly period ended September 30, 2011, p. 4.
(5) GCC, Form 8-K, February 8, 2012.
(6) GCC, Form 10-Q for the quarterly period ended March 30, 2012, pp. 3-4.
(7) GCC, Form 10-Q for the quarterly period ended June 29, 2012, pp. 3-4.
(8) GCC, Form 10-K for the fiscal year ended December 31, 2007, p. 72.
(9) GCC, Form 10-Q for the quarterly period ended July 1, 2011, p. 4.
(10) GCC, Form 8-K, October 29, 2012.

**Appendix E.6**
**Current Ratio**
**2008-2012**

| | | As of December 31 | | | | As of |
| | | **2008** | **2009** | **2010** | **2011** | **June 29, 2012** |
|---|---|---|---|---|---|---|
| **As Reported** | | | | | | |
| Current Assets[1][2][3][4] | [1] | 2,471.6 | 2,552.7 | 2,805.7 | 2,887.1 | 3,056.2 |
| Current Liabilities[1][2][3][4] | [2] | 1,411.0 | 1,177.4 | 1,420.2 | 1,522.8 | 1,588.9 |
| Current Ratio | [3]=[1]/[2] | 1.75x | 2.17x | 1.98x | 1.90x | 1.92x |
| **As Corrected** | | | | | | |
| Current Assets[1][2][3][4] | [1] | 2,471.6 | 2,552.7 | 2,805.7 | 2,887.1 | 3,056.2 |
| Estimated Adjustment to Inventory[5] | [4] | 8.0 | 19.5 | 26.6 | 39.0 | 39.8 |
| Estimated Adjusted Current Assets | [5]=[1]-[4] | 2,463.6 | 2,533.2 | 2,779.1 | 2,848.1 | 3,016.4 |
| Current Liabilities[1][2][3][4] | [2] | 1,411.0 | 1,177.4 | 1,420.2 | 1,522.8 | 1,588.9 |
| Estimated Adjusted Current Ratio | [6]=[5]/[2] | 1.75x | 2.15x | 1.96x | 1.87x | 1.90x |
| **Ratio Change** | [7]=[6]-[3] | **(0.01x)** | **(0.02x)** | **(0.02x)** | **(0.03x)** | **(0.03x)** |
| **Ratio % Change** | [8]=[6]/[3]-1 | **(0.32%)** | **(0.76%)** | **(0.95%)** | **(1.35%)** | **(1.30%)** |

<u>Notes</u>:
(a) All figures are in millions of dollars.
(b) Effective January 1, 2010, the Company changed its method of accounting for its North American inventories and non-North American metal inventories. This new methodology yields slightly different results than those originally reported for some items. The values in this table reflect adjusted FY 2008 and FY 2009 numbers using the new methodology.

<u>Sources</u>:
(1) GCC, Form 10-K for the fiscal year ended December 31, 2009, p. 62.
(2) GCC, Form 10-K for the fiscal year ended December 31, 2010, p. 61.
(3) GCC, Form 10-K for the fiscal year ended December 31, 2011, p. 55.
(4) GCC, Form 10-Q for the quarterly period ended June 29, 2012, p. 4.
(5) GCC, Form 8-K, October 29, 2012.

**Appendix E.7**
**Return on Assets**
**2008-2012**

| | | FY 2008 | FY 2009 | FY 2010 | FY 2011 | 2011 Q3 to 2012 Q2 |
|---|---|---|---|---|---|---|
| **As Reported** | | | | | | |
| Operating Income[(2)(3)(4)(5)(6)(b)] | [1] | 399.5 | 179.9 | 222.4 | 248.0 | 221.1 |
| Effective Tax Rate[(1)(2)(3)(4)(5)(6)(b)] | [2] | 34.5% | 34.0% | 38.5% | 34.1% | 37.8% |
| Income Before Interest and After Taxes | [3]=[1]x(1-[2]) | 261.7 | 118.7 | 136.8 | 163.4 | 137.4 |
| Total Assets[(2)(6)(7)] | [4] | 3,987.9 | 4,014.1 | 4,327.7 | 4,370.4 | 4,512.5 |
| Average Total Assets[(c)] | [5] | 3,970.0 | 4,001.0 | 4,170.9 | 4,349.1 | 4,672.1 |
| Return on Assets | [6]=[3]/[5] | 6.59% | 2.97% | 3.28% | 3.76% | 2.94% |
| **As Corrected** | | | | | | |
| Income Before Interest and After Taxes | [3]=[1]x(1-[2]) | 261.7 | 118.7 | 136.8 | 163.4 | 137.4 |
| Estimated Adjustment to Cost of Sales[(8)(d)] | [7] | 6.2 | 8.6 | 5.7 | 17.3 | 12.2 |
| Effective Tax Rate[(1)(2)(3)(4)(5)(6)(b)] | [8] | 34.5% | 34.0% | 38.5% | 34.1% | 35.6% |
| Income Before Interest and After Taxes Adjustment | [9]=[7]x(1-[8]) | 4.1 | 5.7 | 3.5 | 11.4 | 7.8 |
| Estimated Adjusted Income Before Interest and After Taxes | [10]=[3]-[9] | 257.6 | 113.1 | 133.3 | 152.0 | 129.6 |
| Total Assets[(2)(6)(7)] | [4] | 3,987.9 | 4,014.1 | 4,327.7 | 4,370.4 | 4,512.5 |
| Estimated Adjustment to Inventory[(8)(d)] | [11] | 8.0 | 19.5 | 26.6 | 39.0 | 39.8 |
| Estimated Adjusted Total Assets | [12]=[4]-[11] | 3,979.9 | 3,994.6 | 4,301.1 | 4,331.4 | 4,472.7 |
| Average Estimated Adjusted Total Assets[(c)] | [13] | 3,966.0 | 3,987.3 | 4,147.9 | 4,316.3 | 4,635.8 |
| Estimated Adjusted Return on Assets | [14]=[10]/[13] | 6.50% | 2.84% | 3.21% | 3.52% | 2.80% |
| **Ratio Percentage Point Change** | [15]=[14]-[6] | **(0.10)** | **(0.13)** | **(0.07)** | **(0.24)** | **(0.15)** |
| **Ratio % Change** | [16]=[14]/[6]-1 | **(1.45%)** | **(4.45%)** | **(2.02%)** | **(6.27%)** | **(4.95%)** |

**Notes:**

(a)  All figures are in millions of dollars.

(b)  Effective Tax Rate for 2011 Q3 to 2012 Q2 is weighted average of quarterly tax rates weighted by Operating Income or Total Estimated Adjustment to Cost of Sales.

(c)  Average total assets is the average of total assets at the beginning and end of period.

(d)  Estimated Adjustments to Cost of Sales for 2011 Q3 and 2011 Q4 are estimated by dividing the Estimated Adjustment to Cost of Sales for 2011 by four.  Estimated Adjustment to Inventory as of the beginning of 2011 Q3 is estimated as the average of Estimated Adjustment to Inventory as of the end of 2010 and as of the end of 2011.

(e)  Effective January 1, 2010, the Company changed its method of accounting for its North American inventories and non-North American metal inventories.  This new methodology yields slightly different results than those originally reported for some items.  The values in this table reflect adjusted FY 2008 and FY 2009 numbers using the new methodology.

**Sources**:

(1)  GCC, Form 10-K for the fiscal year ended December 31, 2010, p. 42.

(2)  GCC, Form 10-K for the fiscal year ended December 31, 2011, pp. 24, 29, 54-55.

(3)  GCC, Form 10-Q for the quarterly period ended September 30, 2011, p. 3.

(4)  GCC, Form 8-K, February 8, 2012.

(5)  GCC, Form 10-Q for the quarterly period ended March 30, 2012, pp. 3-4.

(6)  GCC, Form 10-Q for the quarterly period ended June 29, 2012, pp. 3-5.

(7)  GCC, Form 10-Q for the quarterly period ended July 1, 2011, p. 4.

(8)  GCC, Form 8-K, October 29, 2012.

**Appendix E.8**
**Pretax Interest Coverage Ratio**
**2008-2012**

| | | FY 2008 | FY 2009 | FY 2010 | FY 2011 | 2011 Q3 to 2012 Q2 |
|---|---|---|---|---|---|---|
| **As Reported** | | | | | | |
| Operating Income[2][3][4][5][6][b] | [1] | 399.5 | 179.9 | 222.4 | 248.0 | 221.1 |
| Depreciation and Amortization[1][2][3][4][5][6] | [2] | 93.1 | 101.7 | 101.3 | 114.8 | 109.3 |
| Amortization on Restricted Stock Awards[1][2][3][4][5][6] | [3] | 4.2 | 4.1 | 4.2 | 0.0 | 3.1 |
| Depreciation[1][2][3][4][5][6] | [4] | 75.5 | 84.8 | 84.8 | 97.4 | 96.5 |
| Amortization | [5]=[2]+[3]-[4] | 21.8 | 21.0 | 20.7 | 17.4 | 15.9 |
| EBITA | [6]=[1]+[5] | 421.3 | 200.9 | 243.1 | 265.4 | 237.0 |
| Net Interest Expense[2][3][4][5][6] | [7] | 91.8 | 83.0 | 71.6 | 91.5 | 94.5 |
| EBITA Interest Coverage Ratio | [8]=[6]/[7] | 4.59x | 2.42x | 3.40x | 2.90x | 2.51x |
| **As Corrected** | | | | | | |
| EBITA | [6]=[1]+[5] | 421.3 | 200.9 | 243.1 | 265.4 | 237.0 |
| Estimated Adjustment to Cost of Sales[7][c] | [9] | 6.2 | 8.6 | 5.7 | 17.3 | 12.2 |
| Estimated Adjusted EBITA | [10]=[6]-[9] | 415.1 | 192.3 | 237.4 | 248.1 | 224.9 |
| Net Interest Expense[2][3][4][5][6] | [7] | 91.8 | 83.0 | 71.6 | 91.5 | 94.5 |
| Estimated Adjusted EBITA Interest Coverage Ratio | [11]=[10]/[7] | 4.52x | 2.32x | 3.32x | 2.71x | 2.38x |
| **Ratio Change** | [12]=[11]-[8] | **(0.07x)** | **(0.10x)** | **(0.08x)** | **(0.19x)** | **(0.13x)** |
| **Ratio % Change** | [13]=[11]/[8]-1 | **(1.47%)** | **(4.28%)** | **(2.34%)** | **(6.52%)** | **(5.13%)** |

**Notes:**

(a) All figures are in millions of dollars.

(b) Operating income excludes "other" income and expenses, which consist primarily of foreign currency gains and losses.

(c) Estimated Adjustments to Cost of Sales for 2011 Q3 and 2011 Q4 are estimated by dividing the Estimated Adjustment to Cost of Sales for 2011 by four.

(d) Effective January 1, 2010, the Company changed its method of accounting for its North American inventories and non-North American metal inventories. This new methodology yields slightly different results than those originally reported for some items. The values in this table reflect adjusted FY 2008 and FY 2009 numbers using the new methodology.

(e) The numerator in the pretax interest coverage ratio is pretax earnings. This ratio is calculated using EBITA as a measure of pretax earnings, consistent with the methodology used by Moody's in its analysis of GCC. *See* Moody's Investors Service, "Rating Action: Moody's assigns B1 rating to General Cable's proposed senior unsecured notes; upgrades liquidity rating; revises outlook to stable," September 17, 2012.

**Sources:**

(1) GCC, Form 10-K for the fiscal year ended December 31, 2010, p. 72.

(2) GCC, Form 10-K for the fiscal year ended December 31, 2011, pp. 24, 67.

(3) GCC, Form 10-Q for the quarterly period ended September 30, 2011, pp. 3, 7.

(4) GCC, Form 8-K, February 8, 2012.

(5) GCC, Form 10-Q for the quarterly period ended March 30, 2012, pp. 3, 7.

(6) GCC, Form 10-Q for the quarterly period ended June 29, 2012, pp. 3, 8.

(7) GCC, Form 8-K, October 29, 2012.

**Appendix E.9**
**Free Cash Flow to Total Debt Ratio**
**2008-2012**

| | | FY 2008 | FY 2009 | FY 2010 | FY 2011 | 2011 Q3 to 2012 Q2 |
|---|---|---|---|---|---|---|
| **As Reported** | | | | | | |
| Cash from Operations[(1)(2)(3)(4)(5)(6)] | [1] | 229.4 | 546.3 | 98.9 | 97.3 | 162.7 |
| Capital Expenditures[(1)(2)(3)(4)(5)(6)] | [2] | 217.8 | 143.6 | 116.4 | 121.8 | 130.2 |
| Free Cash Flow | [3]=[1]-[2] | 11.6 | 402.7 | -17.5 | -24.5 | 32.5 |
| Total Debt[(1)(3)(6)] | [4] | 1,254.0 | 922.3 | 985.5 | 1,048.9 | 1,146.9 |
| Average Total Debt[(b)] | [5] | 1,211.5 | 1,088.2 | 953.9 | 1,017.2 | 1,133.0 |
| Free Cash Flow to Debt Ratio | [6]=[3]/[5] | 0.96% | 37.01% | -1.83% | -2.41% | 2.87% |
| **As Corrected** | | | | | | |
| Free Cash Flow | [3]=[1]-[2] | 11.6 | 402.7 | -17.5 | -24.5 | 32.5 |
| Estimated Adjustment to Cost of Sales[(7)(c)] | [7] | 6.2 | 8.6 | 5.7 | 17.3 | 12.2 |
| Estimated Adjusted Free Cash Flow | [8]=[3]-[7] | 5.4 | 394.1 | -23.2 | -41.8 | 20.4 |
| Average Total Debt[(b)] | [5] | 1,211.5 | 1,088.2 | 953.9 | 1,017.2 | 1,133.0 |
| Estimated Adjusted Free Cash Flow to Debt Ratio | [9]=[8]/[5] | 0.45% | 36.22% | (2.43%) | (4.11%) | 1.80% |
| **Ratio Percentage Point Change** | [10]=[9]-[6] | **(0.51)** | **(0.79)** | **(0.60)** | **(1.70)** | **(1.07)** |
| **Ratio % Change** | [11]=[9]/[6]-1 | **(53.45%)** | **(2.14%)** | **(32.57%)** | **(70.61%)** | **(37.38%)** |

**Notes:**
(a) All figures are in millions of dollars.
(b) Average total debt is the average of total debt at the beginning and end of period.
(c) Estimated Adjustments to Cost of Sales for 2011 Q3 and 2011 Q4 are estimated by dividing the Estimated Adjustment to Cost of Sales for 2011 by four.
(d) Effective January 1, 2010, the Company changed its method of accounting for its North American inventories and non-North American metal inventories. This new methodology yields slightly different results than those originally reported for some items. The values in this table reflect adjusted FY 2008 and FY 2009 numbers using the new methodology.

**Sources:**
(1) GCC, Form 10-K for the fiscal year ended December 31, 2011, pp. 24, 56.
(2) GCC, Form 10-Q for the quarterly period ended April 1, 2011, p. 5.
(3) GCC, Form 10-Q for the quarterly period ended July 1, 2011, pp. 5, 9.
(4) GCC, Form 10-Q for the quarterly period ended September 30, 2011, p. 5.
(5) GCC, Form 10-Q for the quarterly period ended March 30, 2012, p. 5.
(6) GCC, Form 10-Q for the quarterly period ended June 29, 2012, pp. 5, 9.
(7) GCC, Form 8-K, October 29, 2012.

**Appendix E.10**
**Debt to EBITDA Ratio**
**2008-2012**

| | | FY 2008 | FY 2009 | FY 2010 | FY 2011 | 2011 Q3 to 2012 Q2 |
|---|---|---|---|---|---|---|
| **As Reported** | | | | | | |
| Total Debt[(2)(6)(7)] | [1] | 1,254.0 | 922.3 | 985.5 | 1,048.9 | 1,146.9 |
| Average Total Debt[(b)] | [2] | 1,211.5 | 1,088.2 | 953.9 | 1,017.2 | 1,133.0 |
| Operating Income[(2)(3)(4)(5)(6)(c)] | [3] | 399.5 | 179.9 | 222.4 | 248.0 | 221.1 |
| Depreciation and Amortization[(1)(2)(3)(5)(6)] | [4] | 93.1 | 101.7 | 101.3 | 114.8 | 109.3 |
| Amortization on Restricted Stock Awards[(1)(2)(3)(5)(6)] | [5] | 4.2 | 4.1 | 4.2 | 0.0 | 3.1 |
| EBITDA | [6]=[3]+[4]+[5] | 496.8 | 285.7 | 327.9 | 362.8 | 333.5 |
| Debt to EBITDA Ratio | [7]=[2]/[6] | 2.44x | 3.81x | 2.91x | 2.80x | 3.40x |
| **As Corrected** | | | | | | |
| Average Total Debt[(b)] | [2] | 1,211.5 | 1,088.2 | 953.9 | 1,017.2 | 1,133.0 |
| EBITDA | [6]=[3]+[4]+[5] | 496.8 | 285.7 | 327.9 | 362.8 | 333.5 |
| Estimated Adjustment to Cost of Sales[(8)(d)] | [8] | 6.2 | 8.6 | 5.7 | 17.3 | 12.2 |
| Estimated Adjusted EBITDA | [9]=[6]-[8] | 490.6 | 277.1 | 322.2 | 345.5 | 321.4 |
| Estimated Adjusted Debt to EBITDA Ratio | [10]=[2]/[9] | 2.47x | 3.93x | 2.96x | 2.94x | 3.53x |
| **Ratio Change** | [11]=[10]-[7] | **0.03x** | **0.12x** | **0.05x** | **0.14x** | **0.13x** |
| **Ratio % Change** | [12]=[10]/[7]-1 | **1.26%** | **3.10%** | **1.77%** | **5.01%** | **3.78%** |

**Notes:**

(a)  All figures are in millions of dollars.

(b)  Average total debt is the average of total debt at the beginning and end of period.

(c)  Operating income excludes "other" income and expenses, which consist primarily of foreign currency gains and losses.

(d)  Estimated Adjustments to Cost of Sales for 2011 Q3 and 2011 Q4 are estimated by dividing the Estimated Adjustment to Cost of Sales for 2011 by four.

(e)  Effective January 1, 2010, the Company changed its method of accounting for its North American inventories and non-North American metal inventories.  This new methodology yields slightly different results than those originally reported for some items.  The values in this table reflect adjusted FY 2008 and FY 2009 numbers using the new methodology.

**Sources**:

(1)  GCC, Form 10-K for the fiscal year ended December 31, 2010, p. 62.

(2)  GCC, Form 10-K for the fiscal year ended December 31, 2011, pp. 24, 70.

(3)  GCC, Form 10-Q for the quarterly period ended September 30, 2011, pp. 3, 5.

(4)  GCC, Form 8-K, February 8, 2012.

(5)  GCC, Form 10-Q for the quarterly period ended March 30, 2012, pp. 3, 5.

(6)  GCC, Form 10-Q for the quarterly period ended June 29, 2012, pp. 3, 5.

(7)  GCC, Form 10-Q for the quarterly period ended July 1, 2011, p. 9.

(8)  GCC, Form 8-K, October 29, 2012.